UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 19-cv-25283-KMW-TORRES

LEONARDO CELORRIO and MIKAEL
MORALES,

     Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC., a
Florida for-profit corporation, FABRIZIO
BUONO, an individual, and KOSMAS
KALAS, an individual,

     Defendants.

## ORDER FOLLOWING DISCOVERY HEARING [D.E. #47]

This matter is before the Court at a discovery hearing conducted on February 11, 2021. The Court announced its rulings and reasoning on the issues raised on the record at the hearing. This Order is entered to memorialize those rulings on the docket. Accordingly, it is hereby:

**ORDERED** and **ADJUDGED**:

1.    The objections to the following Requests for Admissions to Defendant, FACCI OF MERRICK PARK, INC. are hereby overruled: ##22, 35-36, and Defendant, FACCI OF MERRICK PARK, INC. shall respond to same.

2.    The objections to the following Requests for Admissions to Defendant, KOSMOS KALAS are hereby overruled: ##9-12, 17, 19-21, 35-36, and

Defendant, KOSMOS KALAS shall respond. However, the Court has modified Requests ##9-12 to clarify that these Requests are seeking whether Defendant, KOSMOS KALAS "electronically edited or reduced the time" instead of "deleted time". In addition, Requests ##9-12 are limited to the following time period: five (5) years preceding the date that the initial Complaint was filed.

3.   The objections to the following Requests for Admissions to Defendant, FABRIZIO BUONO are hereby overruled: ##9-12, 17, 19-21, 35-36, and Defendant, FABRIZIO BUONO shall respond. However, the Court has modified Requests ##9-12 to clarify that these Requests are seeking whether Defendant, FABRIZIO BUONOS "electronically edited or reduced the time" instead of "deleted time". In addition, Requests ##9-12 are limited to the following time period: five (5) years preceding the date that the initial Complaint was filed.

4.   The objections to the following Interrogatories to Defendant, FACCI OF MERRICK PARK, INC. are hereby overruled: ##2, 4, 7, 8, 10, 11, and Defendant, FACCI OF MERRICK PARK, INC. shall provide fully responsive responses.

5.   Defendants shall serve amended responses as set forth above by March 29, 2021.

6.   Defendants were ordered to provide Plaintiffs with a sample of one (1) week of the records located at Defendants' counsel's offices that are

responsive to Plaintiffs' discovery requests by January 25, 2021.  However, Plaintiffs' counsel has now visited Defendants' counsel's office to inspect these records.  Therefore, Defendants are not required to provide Plaintiffs with a sample of one (1) week of the records located at Defendants' counsel's offices that are responsive to Plaintiffs' discovery requests.

**DONE AND ORDERED** in Miami, Florida this 7th day of April, 2021.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE