UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 19-cv-25283-KMW-TORRES

LEONARDO CELORRIO and MIKAEL
MORALES,

    Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC., a
Florida for-profit corporation, FABRIZIO
BUONO, an individual, and KOSMAS
KALAS, an individual,

    Defendants.
                                         /

## **ORDER FOLLOWING DISCOVERY HEARING [D.E. #63]**

This matter is before the Court at a discovery hearing conducted on March 4, 2021. The Court announced its rulings and reasoning on the issues raised on the record at the hearing. This Order is entered to memorialize those rulings on the docket. Accordingly, it is hereby:

**ORDERED** and **ADJUDGED**:

1. The Relevant Time Period for discovery in this December 24, 2014 through December 31, 2019.

2. For Request for Production #1, Defendant, FACCI OF MERRICK PARK, INC. ("Facci") shall produce the schedules requested for the Relevant Time Period. The parties have agreed to "table" the remaining issues pending further discovery responses.

3. For Request for Production #6, Facci shall produce the Manager Activity Reports for the Relevant Time Period. In lieu of providing same, Defendants may stipulate to the use of the Manager Activity Reports from a related case.

4. For Request for Production #7, Facci shall produce responsive documents for the Relevant Time Period.

5. For Request for Production #8, the parties have agreed to "table" the remaining issues pending further discovery responses.

6. For Request for Production #15, Facci shall provide responsive documents relating to its Fifth Affirmative Defense.

7. For Request for Production #18, the parties have agreed to "table" the remaining issues pending further discovery responses.

8. For Request for Production #19, Facci shall produce responsive documents relating to the Florida Unemployment Compensation Fund for the Relevant Time Period.

9. For Request for Production ##23, 29, 40, 42-43 & 49, Facci shall produce responsive documents.

10. For Request for Production #48, 53-56 the parties have agreed to "table" the remaining issues pending further discovery responses.

11. For Interrogatories ##16, 18-19, Facci shall provide fully responsive responses to same.

12. Defendants shall serve amended responses as set forth above by March 29, 2021.

**DONE AND ORDERED** in Miami, Florida this 7th day of April, 2021.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE