UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25283-CIV-TORRES

CONSENT CASE

LEONARDO CELLORIO
and MIKEAL MORALES,
              Plaintiffs,

v.

FACCI OF MERRICK PARK, INC.,
FABRIZIO BUONO,
and KOSMAS A. KALAS
              Defendants.
_____/

**QUESTIONS / NOTES FROM THE JURY**

We would like to see the hours presented by Plaintiff counsel that are proposed to be owed by the Plaintiffs. It is difficult for us to make this calculation.

9/2/2022

_____        _____
Signature of Foreperson/Date        Print Name of Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25283-CIV-TORRES

CONSENT CASE

LEONARDO CELLORIO
and MIKEAL MORALES,
              Plaintiffs,

v.

FACCI OF MERRICK PARK, INC.,
FABRIZIO BUONO,
and KOSMAS A. KALAS
              Defendants.
_____/

**RESPONSES TO THE JURY**

Jurors, you may only consider the evidence and exhibits admitted during the trial, plus your own recollection of the testimony presented.

_____
EDWIN G. TORRES
CHIEF U.S. MAGISTRAT JUDGE

9/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25283-CIV-TORRES

CONSENT CASE

LEONARDO CELLORIO
and MIKEAL MORALES,
         Plaintiffs,

v.

FACCI OF MERRICK PARK, INC.,
FABRIZIO BUONO,
and KOSMAS A. KALAS
         Defendants.
_____/

**QUESTIONS / NOTES FROM THE JURY**

We have reached a verdict

_____9/2/2022_____    _____
Signature of Foreperson/Date                         Print Name of Foreperson