# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25283-CIV-TORRES

LEONARDO CELORRIO, and
MIKAEL MORALES,

      Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC.,
FABRIZIO BUONO, and
KOSMAS KALAS,

      Defendants.
_____/

## VERDICT FORM

WE, THE JURY, return the following verdict:

### PLAINTIFF LEONARDO CELORRIO

**1(a).** Do you find that Plaintiff Leonardo Celorrio worked compensable *non-overtime* hours during the period beginning June 1, 2015, and ending November 26, 2017, for which he was not paid by Defendants?

                                      Answer:                  Yes  _____
                                                                                        No    **X**

*IF NO, PROCEED TO QUESTION 2. IF YES ANSWER THE FOLLOWING:*

**1(b).** If your answer to the foregoing question is "yes," then complete the following calculations for any time period you find wages are due (i.e., multiply the number of unpaid non-overtime hours by Plaintiff Leonardo Cellorio's regular rate of pay for each time period to find his unpaid wages). (If none for any time period, indicate with a zero)

| | | |
|---|---|---|
| 06/01/15-12/24/15 | _____ x $8.05 = | _____ |
| 12/25/15-12/31/15 | _____ x $8.05 = | _____ |
| 01/01/16-12/24/16 | _____ x $8.05 = | _____ |
| 12/25/16-12/31/16 | _____ x $8.05 = | _____ |
| 01/01/17-11/26/17 | _____ x $8.10 = | _____ |

**2(a).** Do you find that Plaintiff Leonardo Cellorio worked compensable *overtime* hours during the period beginning June 1, 2015, and ending November 26, 2017, for which he was not paid by Defendants?

Answer:    Yes  ✓
           No   \_\_\_\_\_

*IF NO, PROCEED TO QUESTION 3. IF YES ANSWER THE FOLLOWING:*

**2(b).** If your answer to the foregoing question is "yes," then complete the following calculation for any time period you find wages are due (i.e., multiply the number of unpaid overtime hours by Plaintiff Leonardo Celorrio's overtime rate of pay to find his unpaid wages for this period). (If none for any time period, indicate with a zero.)

| | | |
|---|---|---|
| 12/25/16-12/31/16 | 12.28 x $12.08 = | 100 |
| 01/01/16-12/24/16 | 273.2 x $12.08 = | 3300 |
| 12/25/16-12/31/16 | 273.2 x $12.08 = | 3300 |
| 01/01/17-11/26/17 | 273.2 x $12.15 = | 3300 |

**3.** *If you answered YES to either question 1(a) or 2(a),* do you find that Defendants willfully violated the Fair Labor Standards Act and the Florida Minimum Wage Act with respect to Plaintiff Leonardo Celorrio?

Answer:    Yes  \_\_\_\_\_
           No   X

SO SAY WE ALL.

                                                    Foreperson

                                          9/2/2022

                                                  Date