UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25283-CIV-TORRES

LEONARDO CELORRIO, and
MIKAEL MORALES,

    Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC.,
FABRIZIO BUONO, and
KOSMAS KALAS,

    Defendants.
_____/

## VERDICT FORM

WE, THE JURY, return the following verdict:

### PLAINTIFF MIKAEL MORALES

**1(a).** Do you find that Plaintiff Mikael Morales worked compensable *non-overtime* hours during the period beginning December 25, 2014, and ending August 17, 2017, for which he was not paid by Defendants?

                            Answer:        Yes _____
                                                No   **X**

*IF NO, PROCEED TO QUESTION 2. IF YES ANSWER THE FOLLOWING:*

**1(b).** If your answer to the foregoing question is "yes," then complete the following calculations for any time period you find wages are due (i.e., multiply the number of unpaid non-overtime hours by Plaintiff Mikael Morales' regular rate of pay for each time period to find his unpaid wages). (If none for any time period, indicate with a zero)

| | | |
|---|---|---|
| 12/25/14-12/31/14 | _____ x $9.50 = | _____ |
| 01/01/15-12/24/15 | _____ x $9.50 = | _____ |
| 12/25/15-12/31/16 | _____ x $9.50 = | _____ |
| 01/01/17-08/17/17 | _____ x $9.50 = | _____ |

**2(a).** Do you find that Plaintiff Mikael Morales worked compensable *overtime* hours during the period beginning December 25, 2014, and ending August 31, 2017, for which he was not paid by Defendants?

Answer:   Yes ✓
          No  ____

*IF NO, PROCEED TO QUESTION 3. IF YES ANSWER THE FOLLOWING:*

**2(b).** If your answer to the foregoing question is "yes," then complete the following calculation for any time period you find wages are due (i.e., multiply the number of unpaid overtime hours by Plaintiff Mikael Morales' overtime rate of pay to find his unpaid wages for this period). (If none for any time period, indicate with a zero).

| | | |
|---|---|---|
| 12/25/14-12/31/14 | 7 x $14.25 = | $100 |
| 01/01/15-12/24/15 | 232 x $14.25 = | 3,300 |
| 12/25/15-12/24/16 | 232 x $14.25 = | 3,300 |
| 12/25/16-08/17/17 | 232 x $14.25 = | 3,300 |

**3.** *If you answered YES to either question 1(a) or 2(a),* do you find that Defendants willfully violated the Fair Labor Standards Act and the Florida Minimum Wage Act with respect to Plaintiff Mikael Morales?

Answer:   Yes ____
          No  X

SO SAY WE ALL.

Foreperson

9/2/2022
Date