**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE No. 19-cv-25283-TORRES (Consent)**

LEONARDO CELORRIO and MIKAEL
MORALES,

      Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC., a Florida
for-profit corporation, FABRIZIO BUONO, an
individual, and KOSMAS KALAS, an
individual,

      Defendants.

_____/

## PLAINTIFFS' MOTION TO AMEND THE FINAL JUDGMENT

Plaintiffs, LEONARDO CELORRIO and MIKAEL MORALES (hereinafter "Plaintiffs"), by and through their undersigned counsel, hereby file their Motion to Amend the Amended Final Judgment [D.E. #196] ("Motion"), and in support state:

## RELEVANT PROCEDURAL HISTORY

1. On June 11, 2025, the Court entered an Amended Final Judgment in favor of Plaintiffs Leonardo Celorrio and Mikael Morales against Defendants Facci of Merrick Park, Inc., Kosmas A. Kalas, and Fabrizio Buono.

2. However, the Amended Final Judgment contains several inadvertent errors.

3. Plaintiffs have attached a revised Amended Final Judgment that corrects the errors and complies with Florida judgments.

1

4.   Plaintiffs now respectfully ask that the Court withdraw the Amended Final Judgment [D.E.   #196] and substitute it with the attached proposed amended final judgment.

## MEMORANDUM OF LAW

"A district court retains the inherent authority to manage its own docket." *Wilson v. Farley*, 203 Fed. Appx. 239, 250 (11th Cir. 2006), *cert. den.*, 549 U.S. 1351 (2007); *Mingo v. Sugar Cane Growers Co-op. of Florida*, 864 F.2d 101, 102 (11th Cir. 1989)(same).

**WHEREFORE**, Plaintiffs respectfully request that the Court grant the instant Motion in its entirety and enter the corrected Amended Final Judgment and grant such other and further relief as this Court deems and proper.

Respectfully submitted June 18, 2025,

By: /s/ Lowell J. Kuvin
Lowell J. Kuvin, Esq.
Florida Bar No.: 53072
lowell@kuvin.law
legal@kuvin.law
*Law Office of Lowell J. Kuvin, LLC*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERRAL

The undersigned counsel certifies that he conferred with the Defendant's counsel on June 16, 2025, and on June 17, 2025, via email in which the proposed Motion and the Proposed Amended Judgment were attached. As of the date and time of this filing, Counsel for the Defendants has chosen not to respond.

2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on June 18, 2025, I electronically filed the foregoing document via CM/ECF which will automatically send a copy to all registered counsel in this case.

By:   /s/ Lowell J. Kuvin
        Lowell J. Kuvin, Esq.

3