UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 19-25283-Civ - TORRES

LEONARDO CELORRIO,
MIKAEL MORALES,

    Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC., *et al*.

    Defendants.

_____/

**AMENDED FINAL JUDGMENT**

This matter is before the Court following a jury trial conducted in the case and the entry of Jury Verdicts as to each respective Plaintiff [D.E. 173, 174]. Following the Verdicts, the Court entered its original Final Judgment on September 13, 2022. [D.E. 177]. An appeal from that Judgment was filed on October 13, 2022, but which appeal has now been dismissed. [D.E. 182, 192]. In the meantime, the Court considered Plaintiff's "motion for reconsideration," which the Court treated as a Rule 50 motion for judgment as to willfulness and a Rule 59 motion to amend the judgment. That motion was Granted in Part and Denied in Part. [D.E. 189]. Accordingly, and upon review of the entire record and pursuant to Fed. R. Civ. P. 58, it is hereby

**ORDERED AND ADJUDGED:**

1.    Amended Final Judgment is entered in favor of Plaintiff Leonardo Celorrio, located at 17 E. Flagler St. Suite 223, Miami, Florida, 33131, and against Defendants Facci of Merrick Park, Inc., Kosmas A. Kalas, and Fabrizio Buono, jointly and severally, in the amount of $6,666.67 for

unpaid minimum wages under Florida law, which shall bear interest at the prevailing legal rate, all for which let execution issue forthwith.

2. Amended Final Judgment is entered in favor of Plaintiff Mikael Morales, located 17 E. Flagler St. Suite 223, Miami, Florida, 33131, and against Defendants Facci of Merrick Park, Inc., Kosmas A. Kalas, and Fabrizio Buono, jointly and severally, in the amount of $3,527.45 as unpaid minimum wages under Florida law, which shall bear interest at the prevailing legal rate, all for which let execution issue forthwith.

3. Amended Final Judgment is entered in favor of Defendants Facci of Merrick Park, Inc., 4770 Biscayne Blvd. Suite 680, Miami, FL 33137, Kosmas A. Kalas, 6900 Bay Road, Unit 5H, Miami Beach, FL 33141, and Fabrizio Buono, 5261 SW 141 Place, Miami, FL 33185, and against Plaintiffs Leonardo Celorrio and Mikael Morales, as to all other claims raised in the operative complaint.

4. This case is closed.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida, this ____ day of June, 2025.

_____
EDWIN G. TORRES
*United States Magistrate Judge*