From: **De Soto Translating Services, Inc.**
Court/Conference Interpretation $ Translation Services
8821 SW 6th Street
Miami, FL 33174

Phone/Fax : 305.220.8896
Mobile : **305.807.1629**
E-mail: hernandosoto@bellsouth.net/
hcsoto8@gmail.com

**CLIENT:** Lowell J. Kuvin Esq./Sundeep K. Mullick, Esq.

**Law Office of Lowell J. Kuvin**

17 E. Flagler Street, Suite 223
Miami, Florida 33131
Phone: 305. 358.6800
Fax: 305. 358-6808
Email: LOWELL@KUVINLAW.COM

INVOICE # 1

| DATE | LEGAL/COURT INTERPRETATION SERVICES<br><br>Service Request: #001-8/9 (5-Day Trial) | REGULAR RATE $130.00 P/HOUR / 8--HOUR MINIMUM | OVERTIME /TRAVEL TIME/ MILEAGE 0.63 cents p/mile/ PARKING |
|---|---|---|---|
| 8/29-31/9/1-2 2022 | Plaintiff Atty: Lowell J. Kuvin and Sundeep K. Mullick  v.<br>In RE: Leonardo Celorrio and Mikael Morales, Plaintiffs,<br>Facci of Merrick Park, Inc. a Florida for-profit corporation, Fabrizio Buono, an individual, and Kosmas Kalas, an individual, Defendants<br>Date: 8/29, 8/30, 8/31, 9/1/2022<br>Time: 9:00 AM - 5:00 PM<br>Witness: Leonardo Celorrio and Mikael Morales, Plaintiffs | $130.00 x 8 hours = $1,040.00 x 5 days = $5,200.00 | Parking - $15 per day $15 x 5 = $75.00 |
| | Sub-total: | $5,200.00 | $75.00 |
| PLEASE, MAKE CHECK PAYABLE TO **DESOTO TRANSLATING SERVICES, INC.** UPON CONCLUSION OF TRIAL FROM RECEIPT OF THIS INVOICE, AS PER AGREEMENT.<br><br>THANK YOU FOR YOUR BUSINESS! CALL US AGAIN SOON!<br><br>DESOTO TRANSLATING SERVICES, INC. - EIN: 65-0901684<br>(As it appears in SAM, GOV, and the State of Florida Division of Corporations) | **Grand Total/Balance owed:** | | $5,275.00 |
| Date:9/2/2022 | Hernando Soto, President<br>DeSoto Translating Services, Inc.<br>US Court Certified/Federally Certified Court Interpreter | | INVOICE No.1 |

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the District of Columbia

INVOICE 20200249

Sundeep Mullick
Law Offices of Lowell J. Kuvin
17 East Flagler Street
Suite 223
Miami, FL 33131

**MAKE CHECKS PAYABLE TO:**
Lisa Edwards
19125 Jerusalem Road
Poolesville, MD 20837
(305) 439-7168
Reporterlisaedwards@gmail.com
Tax ID: 20-0649279

__ CRIMINAL   X CIVIL

DATE ORDERED: 08-23-2021

DATE DELIVERED: 08-29-2021

**In the matter of:** 19CV25283, Leonardo Cellorio, et al. v Facci of Merrick Park, Inc.

Transcript of the audio recording of the Telephonic Discovery Hearing held before Magistrate Judge Torres on August 5, 2021

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 74 | 4.85 | 358.90 | | | | | | | 358.90 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 358.90 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 358.90 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Lisa Edwards

DATE: 08-29-2021

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# ESQUIRE
DEPOSITION SOLUTIONS

**Invoice   INV1828956**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/11/2021 |
| **Terms** | COD |
| **Due Date** | 1/11/2021 |

| | |
|---|---|
| **Client Number** | C05253 |
| **Esquire Office** | Ft. Lauderdale |
| **Proceeding Type** | Backorder |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | 1086937-PHBA17061086937-003-BI |
| **Date of Loss** | |

**Bill To**
Law Office Of Lowell J. Kuvin
17 E. Flagler Street
Suite 223
Miami FL 33131

**Services Provided For**
Law Office Of Lowell J Kuvin - Miami
Kuvin, Lowell J
17 East Flagler Street
Suite 223
Miami FL 33131

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/8/2019 | J6343929 | Fort Lauderdale, FLORIDA | JULIO C. PENA, AN INDIVIDUAL VS. FACCI OF MERRICK PARK, IN |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-INT-WI | Maikel Morales Rodriguez | 85 | 3.80 | $323.00 |
| PROCESSING & COMPLIANCE | Maikel Morales Rodriguez | 1 | 25.00 | $25.00 |

| | |
|---|---|
| Subtotal | 348.00 |
| Shipping Cost (n/a) | 0.00 |
| **Total** | **$348.00** |
| Amount Paid | 348.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Office Of Lowell J Kuvin - Miami |
| **Client #** | C05253 |
| **Invoice #** | INV1828956 |
| **Invoice Date** | 1/11/2021 |
| **Due Date** | 1/11/2021 |
| **Amount Due** | $0.00 |



YM LEGAL SERVICES, INC
1 EAST BROWARD BLVD SUITE 700
FORT LAUDERDALE, FLORIDA 33301
(954)-610-0892
info@ymlegalservices.com

**CELORRIO VS FACCI OF MERRICK PARK**

Bill To: LOWELL KUVIN, ESQ.
LAW OFFICES OF LOWELL KUVIN

Invoice#: 1495
Invoice date: 03/17/2022
Balance Due: $1,676.50

Job #:
1654/1656

Location:
Via Zoom .

Job Date:
12/09/21 and
12/10/21

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Fabrizio Buono | Appearance Fee – Court reporter | 3.0 | $85.00/$45.00 | $175.00 |
| Fabrizio Buono | Transcript – Original **(Rush)** | 124 | $4.50 | $558.00 |
| Kosmos Kalas | Appearance Fee – Court reporter | 6.0 | $85.00/$45.00 | $310.00 |
| Kosmos Kalas | Transcript – Original | 181 | $3.50 | $633.50 |

Notes:

**Please remit payment to YM Legal Services, Inc.**

| | |
|---|---|
| Invoice Total: | $1,676.50 |
| Payment: | - |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,676.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

Caplan, Caplan & Caplan Process Serve  
12505 Orange Drive  
Suite 907  
Davie, FL 33330  
Phone: (305) 374-3426  
Fax: (305) 854-4847  
46-4588872  

# STATEMENT

9/19/2022

SUNDEEP K. MULLICK  
LAW OFFICE OF LOWELL J. KUVIN, LLC  
17 EAST FLAGLER STREET  
SUITE 223  
MIAMI, FL 33131  

Phone: (305) 358-6800  
Fax: (305) 358-6808  

Statement covers Unpaid Invoices through 9/19/2022.

| Invoice | Inv. Date | Person Served | | | Amount | Status |
|---|---|---|---|---|---|---|
| **2022026418** | **9/2/2022** | **BUONO, FABRIZIO** | | | **$85.00** | **Current** |
| LEONARDO CELORRIO., ET AL., | | | | | | |
| FACCI OF MERRICK PARK, INC | | | | | | |
| Case: 2019-CV-25283-TORRES   SOUTHERN   Ref: | | | | | | |
| SUBPOENA PRIORITY FEE | | | 1.00 | 85.00 | $85.00 | |
| **2022026420** | **9/6/2022** | **FACCI OF MERRICK PARK, INC** | | | **$85.00** | **Current** |
| LEONARDO CELORRIO., ET AL., | | | | | | |
| FACCI OF MERRICK PARK, INC | | | | | | |
| Case: 2019-CV-25283-TORRES   SOUTHERN   Ref: | | | | | | |
| SUBPOENA PRIORITY FEE | | | 1.00 | 85.00 | $85.00 | |
| **2022026421** | **9/6/2022** | **KALAS, KOSMOS** | | | **$110.00** | **Current** |
| LEONARDO CELORRIO., ET AL., | | | | | | |
| FACCI OF MERRICK PARK, INC | | | | | | |
| Case: 2019-CV-25283-TORRES   SOUTHERN   Ref: | | | | | | |
| SUBPOENA PRIORITY FEE | | | 1.00 | 85.00 | $85.00 | |
| PICK UP | | | 1.00 | 25.00 | $25.00 | |
| **2022026477** | **8/28/2022** | **PENA, JULIO** | | | **$88.00** | **Current** |
| LEONARDO CELORRIO., ET AL., | | | | | | |
| FACCI OF MERRICK PARK, INC | | | | | | |
| Case: 2019-CV-25283-TORRES   SOUTHERN   Ref: | | | | | | |
| SUBPOENA PRIORITY FEE | | | 1.00 | 85.00 | $85.00 | |
| CHECK HANDLING FEE | | | 1.00 | 3.00 | $3.00 | |
| WITNESS FEE | | | 1.00 | 0.00 | $0.00 | |

**TOTAL CHARGES:** $368.00  
**TOTAL PAYMENTS:** $0.00  

**TOTAL AMOUNT DUE:** $368.00  

Current: $368.00   Past 30: $0.00   Past 60: $0.00   Past 90: $0.00   Past 120: $0.00

**\*\*PLEASE REMIT\*\***  
DISREGARD ITEMS THAT YOU'VE PAID, HAVE NOT BEEN UPDATED AND/OR ARE CROSSING IN THE MAIL.

\*\*\*\*\*\*PLEASE NOTE OUR NEW TAX ID NUMBER\*\*\*\*\*\*\*  
NOTE: STATEMENTS ARE SENT VIA EMAIL ONLY.

**STATEMENT: LAW OFFICE OF LOWELL J. KUVIN, LLC**  9/19/2022

WE NOW ACCEPT CREDIT CARDS VIA OUR WEB SITE.

***UPDATE***THERE IS A 5.00 CREDIT CARD CONVENIENCE FEE FOR ALL CREDIT CARD CHARGES.

THANK YOU.

Caplan, Caplan & Caplan Process Serve
12505 Orange Drive
Suite 907
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2022026418
9/19/2022

Original Date: 9/2/2022



SUNDEEP K. MULLICK
LAW OFFICE OF LOWELL J. KUVIN, LLC
17 EAST FLAGLER STREET
SUITE 223
MIAMI, FL 33131

**Case Number: SOUTHERN 2019-CV-25283-TORRES**

Plaintiff:
**LEONARDO CELORRIO., ET AL.,**

Defendant:
**FACCI OF MERRICK PARK, INC**

Received: 8/24/2022   Served: 8/24/2022 7:02 pm   INDIVIDUAL/PERSONAL
To be served on: FABRIZIO BUONO

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA PRIORITY FEE | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

**BALANCE DUE:** $85.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

Page 3 / 6

Caplan, Caplan & Caplan Process Serve
12505 Orange Drive
Suite 907
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2022026420
9/19/2022

Original Date: 9/6/2022



SUNDEEP K. MULLICK
LAW OFFICE OF LOWELL J. KUVIN, LLC
17 EAST FLAGLER STREET
SUITE 223
MIAMI, FL 33131

**Case Number: SOUTHERN 2019-CV-25283-TORRES**

Plaintiff:
**LEONARDO CELORRIO., ET AL.,**

Defendant:
**FACCI OF MERRICK PARK, INC**

Received: 8/24/2022   Non-Served: 9/6/2022  NON-SERVE - COMMENTS
To be served on: CORPORATE REPRESENTATIVE OF FACCI OF MERRICK PARK, INC

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA PRIORITY FEE | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

| **BALANCE DUE:** | | | **$85.00** |
|---|---|---|---|

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Caplan, Caplan & Caplan Process Serve
12505 Orange Drive
Suite 907
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2022026421
9/19/2022

Original Date: 9/6/2022



SUNDEEP K. MULLICK
LAW OFFICE OF LOWELL J. KUVIN, LLC
17 EAST FLAGLER STREET
SUITE 223
MIAMI, FL 33131

**Case Number: SOUTHERN 2019-CV-25283-TORRES**

Plaintiff:
**LEONARDO CELORRIO., ET AL.,**

Defendant:
**FACCI OF MERRICK PARK, INC**

Received: 8/24/2022   Non-Served: 9/6/2022  NON-SERVE - COMMENTS
To be served on: KOSMOS KALAS

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA PRIORITY FEE | 1.00 | 85.00 | 85.00 |
| PICK UP | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $110.00 |

**BALANCE DUE:** $110.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

Page 5 / 6

Caplan, Caplan & Caplan Process Serve  
12505 Orange Drive  
Suite 907  
Davie, FL 33330  
Phone: (305) 374-3426  
Fax: (305) 854-4847  
46-4588872

**INVOICE**

Invoice #CPN-2022026477  
9/19/2022

Original Date: 8/28/2022



SUNDEEP K. MULLICK  
LAW OFFICE OF LOWELL J. KUVIN, LLC  
17 EAST FLAGLER STREET  
SUITE 223  
MIAMI, FL 33131

**Case Number: SOUTHERN 2019-CV-25283-TORRES**

Plaintiff:  
**LEONARDO CELORRIO., ET AL.,**

Defendant:  
**FACCI OF MERRICK PARK, INC**

Received: 8/25/2022   Non-Served: 8/27/2022   NON-SERVE - NO RESPONSE  
To be served on: JULIO PENA

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| SUBPOENA PRIORITY FEE | 1.00 | 85.00 | 85.00 |
| CHECK HANDLING FEE | 1.00 | 3.00 | 3.00 |
| WITNESS FEE | 1.00 | 0.00 | 0.00 |
| **TOTAL CHARGED:** | | | **$88.00** |

**BALANCE DUE:** $88.00