# Activities Export

06/30/2025
12:27 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/09/2022 | $ | Trial Employee file Cellorio and other client's documents to be used as exhibits - 524 pages<br>● Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 524.00 | $0.20 | - | $104.80 |
| 09/09/2022 | $ | Trail pay stubs Cellorio and other client's documents - 500 pages<br>● Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 500.00 | $0.20 | - | $100.00 |
| 09/09/2022 | $ | Trial Time Records Cellorio and other client's documents - 500 pages<br>● Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 500.00 | $0.20 | - | $100.00 |
| 09/09/2022 | $ | Trial Employee file and other documents Morales -550 pages<br>● Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 550.00 | $0.20 | - | $110.00 |
| 09/09/2022 | $ | Trial pay stubs Morales and other client's documents- 700 pages<br>● Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 700.00 | $0.20 | - | $140.00 |
| 09/09/2022 | $ | Trial Time Records and other documents Morales - 450 pages<br>● Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 450.00 | $0.20 | - | $90.00 |
| 09/09/2022 | $ | Trial Cellorio pay & hour records and other documents- 500 pages<br>● Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 500.00 | $0.20 | - | $100.00 |
| 09/09/2022 | $ | Trial Morales Manager Activity Report x3 - Did not Print All Pages (7578)<br>● Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 5,346.00 | $0.20 | - | $1,069.20 |

| | |
|---|---|
| $396.00 | $10,349.80 |
| 1.00h | 0.00h |

# Activities Export

06/30/2025
12:27 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/09/2022 | $ | Trial Deposition Transcripts (three copies) from clients and Defendants and other Records and client's documents- 972 pages<br>🔵 Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 972.00 | $0.20 | - | $194.40 |
| 09/19/2022 | $ | Process Server<br>Caplan, Caplan & Caplan<br><br>Invoices:<br>2022026418<br>2022026420<br>2022026477<br>🔵 Unbilled | 00864-Cellorio Villagio IV | Sunny Mullick | 1.00 | $283.00 | - | $283.00 |
| 08/23/2022 | $ | Fee for the transcript of Maikel Morales' deposition Invoice INV1828956<br>🔵 Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 1.00 | $348.00 | - | $348.00 |
| 08/30/2021 | $ | Transcript of 8-5-21 Discovery Hearing<br>🔵 Unbilled | 00864-Cellorio Villagio IV | Sunny Mullick | 1.00 | $358.90 | - | $358.90 |
| 06/10/2022 | $ | Mediation filing fee<br>🟡 Non-billable | 00864-Cellorio Villagio IV | Lowell Kuvin | 1.00 | $396.00 | $396.00 | - |
| 12/24/2019 | $ | Fee for Complaint<br>🔵 Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 1.00 | $400.00 | - | $400.00 |
| 03/17/2023 | $ | YM Legal Services<br>Invoice # 1495<br>Invoice date: 03/17/2022<br><br>Fabrizio Buono | 00864-Cellorio Villagio IV | Lowell Kuvin | 1.00 | $1,676.50 | - | $1,676.50 |

|  |  |  |  |  |  |  | $396.00 | $10,349.80 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 1.00h | 0.00h |

# Activities Export

06/30/2025
12:27 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Court reporter - $175.00<br>Transcript (Rush) - $558.00<br><br>Kosmos Kalas<br>Court reporter - $310<br>Transcript - Original - $633.50<br>🔵 Unbilled | | | | | | |
| 09/06/2022 | $ | Interpreter fees 5 days trial<br>🔵 Unbilled | 00864-Cellorio Villagio IV | Lowell Kuvin | 1.00 | $5,275.00 | - | $5,275.00 |
| | | | | | | | **$396.00**<br>1.00h | **$10,349.80**<br>0.00h |