| Date | Hours | Description | User |
|------|-------|-------------|------|
| | | | |
| 3/3/20 | 0.6 | Review Court Order D.E. #4 (.1); prepare draft Joint Scheduling Report and proposed Scheduling Order (.4); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 3/4/20 | 0.1 | Review opposing counsel's changes to draft Joint Scheduling report and and proposed Scheduling Order; prepare e-mail to opposing counsel re: above | Sunny Mullick |
| 3/5/20 | 0.2 | Review and reply to e-mail from opposing counsel re: JSR and proposed Scheduling Order | Sunny Mullick |
| 3/6/20 | 0.3 | E-mails with opposing counsel re: JSR and proposed Scheduling Order (.2); prepare e-mail to opposing counsel re: Response to SOC and settlement conference (.1) | Sunny Mullick |
| 3/9/20 | 0.1 | Review e-mail from opposing counsel re: Response to SOC and settlement conference | Sunny Mullick |
| 3/12/20 | 0.2 | E-mails with opposing counsel re: Response to SOC and confidential settlement conference | Sunny Mullick |
| 3/13/20 | 0.6 | Study Response to SOC (.2); study Answer and Affirmative Defenses and identify deficient Affirmative Defenses (.4) | Sunny Mullick |
| 3/19/20 | 0.6 | Prepare e-mail to opposing counsel re: Response to SOC (.1); study Scheduling Order (.2); study Defendants' Affirmative Defenses (.1); prepare e-mail to opposing counsel re: deficient Affirmative Defenses (.2) | Sunny Mullick |
| 3/24/20 | 1.4 | Prepare Motion to Strike Certain Affirmative Defenses (.8); research case law re: above (.5); prepare e-mail to opposing counsel re: Plaintiffs' time and pay records (.1) | Sunny Mullick |
| 4/2/20 | 0.2 | E-mails with opposing counsel re: D.E. #4, providing Plaintiff's time and pay records and scheduling mediation | Sunny Mullick |
| 4/7/20 | 0.1 | Prepare e-mail to opposing counsel re: time and pay records and selecting mediator | Sunny Mullick |
| 4/9/20 | 1 | Review e-mail from opposing counsel re: Joint Motion (.1); prepare Joint Motion for Extension of Time (.8); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 4/13/20 | 1.3 | Review Order on Joint Motion for Extension (.1); e-mails with opposing counsel re: conferral on Motion to Strike Response as Untimely (.2); Prepare Reply to Response in Opposition to Motion to Strike Certain Affirmative Defenses (1.0) | Sunny Mullick |
| 4/15/20 | 0.2 | Several e-mails with opposing counsel re: settlement offer | Sunny Mullick |
| 4/15/20 | 0.4 | Review Defendants' Initial Disclosures (.1); prepare Plaintiffs' Initial List of Fact Witnesses (.2); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 5/9/20 | 0.1 | Prepare e-mail to opposing counsel re: time and pay records, mediator and settlement conference | Sunny Mullick |
| 5/11/20 | 0.1 | Review and reply to e-mail from Mr. Cellorio re: status | Sunny Mullick |
| 5/13/20 | 0.1 | Review and reply to e-mail from client re: previous settlement offer and status | Sunny Mullick |
| 5/17/20 | 0.3 | Telephone conference with opposing counsel re: time and pay records and scheduling confidential settlement conference (.2); prepare e-mail to mediator re: fee (.1) | Sunny Mullick |
| 5/18/20 | 0.2 | Telephone conference with opposing counsel re: Plaintiffs' pay and time records and scheduling settlement conference | Sunny Mullick |
| 5/22/20 | 0.2 | Prepare e-mail to Mr. Morales re: status (.1); prepare e-mail to opposing counsel re: confidential settlement conference and mediation (.1) | Sunny Mullick |
| 5/28/20 | 0.2 | Prepare e-mail to opposing counsel re: mediation (.1); prepare e-mail to Magistrate Judge Torres re: Confidential Settlement Conference (.1) | Sunny Mullick |
| 6/4/20 | 0.2 | Review and reply to e-mail from opposing counsel re: mediation (.1); prepare e-mail to mediator re: above (.1) | Sunny Mullick |
| 6/5/20 | 0.1 | Review and reply to e-mail from Mr. Cellorio re: status | Sunny Mullick |
| 6/9/20 | 0.1 | Prepare e-mail to Magistrate Judge Torres re: Confidential Settlement Conference | Sunny Mullick |
| 6/9/20 | 0.2 | Telephone conference with Mr. Morales re: settlement authority and possibility (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 6/12/20 | 0.1 | Telephone conference wiht opposing counsel re: settlement discussions | Sunny Mullick |
| 6/18/20 | 0.7 | Study Defendants' Affirmative Defenses (.4); prepare e-mail to opposing counsel re: above (.2); prepare e-mail to opposing counsel re: settlement demand (.1) | Sunny Mullick |
| 6/19/20 | 3.7 | Prepare Request for Admissions to each Defendant (.8) prepare Request for Production of Documents to each Defendant (1.6); prepare First Set of Interrogatories to each Defendant (1.3) | Sunny Mullick |
| 6/22/20 | 0.1 | Review and reply to e-mail from opposing counsel re: affirmative defenses | Sunny Mullick |
| 6/24/20 | 1.1 | E-mails and telephone conference with opposing counsel re: affirmative defenses (.1); prepare Second Motion to Strike Certain Affirmative Defenses (1.0) | Sunny Mullick |
| 6/30/20 | 0.2 | Review e-mail from Magistrate Judge Torres' Chambers re: confidential settlement conference (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 7/8/20 | 0.1 | Review Motion for Extension of Time and Order granting same | Sunny Mullick |
| 7/19/20 | 0.1 | Prepare e-mail to opposing counsel re: confidential settlement conference | Sunny Mullick |

| | | | |
|---|---|---|---|
| 7/20/20 | 0.2 | Review e-mail from opposing counsel re: confidential settlement conference (.1); prepare e-mail to Judge Torres' Chambers re: above (.1) | Sunny Mullick |
| 7/21/20 | 0.1 | Review Order scheduling confidential settlement conference | Sunny Mullick |
| 8/11/20 | 0.1 | Review and reply to e-mail from client re: status | Sunny Mullick |
| 9/14/20 | 0.1 | Review and reply to e-mail from opposing counsel re: request for extension of time re: discovery | Sunny Mullick |
| 10/9/20 | 0.2 | Telephone conference with Mr. Cellorio re: settlement demand (.1); telephone conference with Mr. Morales re: above (.1) | Sunny Mullick |
| 10/21/20 | 0.1 | Telephone conference with opposing counsel re: settlement negotiations | Sunny Mullick |
| 10/29/20 | 0.2 | Prepare e-mail to opposing counsel re: settlement negotiations (.1); review and reply to e-mail from Mr. Celorrio re: above (.1) | Sunny Mullick |
| 10/30/20 | 0.3 | E-mails with opposing counsel re: depositions of Plaintiffs and settlement negotiations (.2); prepare e-mail to opposing counsel re: good faith conference re: Defendants' discovery responses (.1) | Sunny Mullick |
| 11/1/20 | 0.1 | Prepare e-mail to opposing counsel re: good faith conference call | Sunny Mullick |
| 11/2/20 | 1.3 | Study Defendants' discovery responses (.5); engage in good faith conference call with opposing counsel re: above (.6); prepare e-mail to opposing counsel re: above (.1); prepare e-mail to clients re: confidential settlement conference (.1) | Sunny Mullick |
| 11/3/20 | 1 | Prepare e-mail to Court re: Zoom link for settlement conference (.1); prepare e-mail to clients re: above (.1); telephone conferences with both clients re: above (.2); prepare draft Joint Motion for Extension of Time to Seek Discovery Hearing (.4); prepare e-mail to opposing counsel re: above (.1); e-mails with opposing counsel re: 7 day extension of time to confer (.1) | Sunny Mullick |
| 11/4/20 | 2.4 | Prepare for confidential settlement conference (.4); telephone conference with opposing counsel re: above (.2); engage in confidential settlement conference (1.7); prepare e-mail to opposing counsel re: continuation of good faith conference (.1) | Sunny Mullick |
| 11/9/20 | 0.4 | Review and reply to e-mail from opposing counsel re: discovery issues (.1); modify draft Joint Motion for Extension (.2); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 11/10/20 | 0.1 | Prepare e-mail to opposing counsel re: proposed Joint Motion for Extension | Sunny Mullick |
| 11/11/20 | 0.3 | Review e-mail from opposing counsel re: motion for extension (.1); revise Motion for Extension of Time to Seek Discovery Hearing (.2) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 11/12/20 | 0.1 | Review and reply to e-mail from opposing counsel re: good faith conference call | Sunny Mullick |
| 11/18/20 | 0.1 | Telephone conference with opposing counsel re: good faith conference | Sunny Mullick |
| 11/19/20 | 1.4 | Engage in good faith conference call with opposing counsel re: Defendants' discovery responses (1.3); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 11/25/20 | 1 | Telephone conferences with opposing counsel re: discovery hearing (.2); telephone conferences with Chambers re: above (.1); prepare draft Joint Motion for Extension of Discovery Deadline (.4); prepare e-mail to opposing counsel re: above (.1); review Notice of Discovery Hearing (.1); e-mails with opposing counsel re: extension of time to serve discovery responses (.1) | Sunny Mullick |
| 11/30/20 | 0.2 | Review and reply to e-mail from Mediator re: mediation (.1); prepare e-mail to clients re: above (.1) | Sunny Mullick |
| 12/1/20 | 3.5 | E-mails with opposing counsel re: discovery documents and proposed Joint Motion for Extension (.2); prepare draft Responses and Objections to Facci's First Request for Production to Celorrio (1.5); prepare draft Responses and Objections to Facci's First Set of Interrogatories to Celorrio (1.8) | Sunny Mullick |
| 12/2/20 | 2.9 | Prepare Morales' Response to First Request for Production (1.4); prepare Morales' Response to First Set of Interrogatories (1.2); telephone conference with opposing counsel re: Joint Motion for Extension and continuing mediation (.3) | Sunny Mullick |
| 12/3/20 | 1.3 | Review e-mail from opposing counsel re: mediation (.1); prepare e-mail to Mediator re: above (.1); review changes by opposing counsel to Joint Motion for Extension (.1); telephone conference with opposing counsel re: above (.2); further revise above (.2); prepare e-mail to opposing counsel re: above (.1); review initial documents produced by Defendants (.4); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 12/4/20 | 2 | Telephone conferences with clients re: discovery responses (.8); finalize discovery responses (.5); prepare e-mail to clients re: above (.1); prepare Initial Disclosures (.5); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 12/8/20 | 0.5 | Prepare proposed Order granting Joint Motion for Extension of Discovery Deadline (.1); prepare e-mail to Judge Williams re: above (.1); prepare e-mail to Mediator re: mediation (.1); prepare e-mail to clients re: above (.1); prepare e-mail to opposing counsel re: amending Defendants' discovery responses (.1) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 12/10/20 | 0.6 | Review and reply to e-mails from opposing counsel re: deposition of Mr. Celorrio (.1); prepare e-mail to Mr. Celorrio re: above (.1); telephone conference with Judge's Chambers re: pending Joint Motion to Extend Discovery Deadline (.1); prepare e-mail to opposing counsel re: conducting depositions after discovery deadline (.1); prepare e-mail to Mr. Celorri re: deposition preparation (.1); review Order extending discovery deadline (.1) | Sunny Mullick |
| 12/11/20 | 0.4 | Telephone conference with opposing counsel re: depositions and settlement possibility | Sunny Mullick |
| 12/13/20 | 0.1 | Prepare e-mail to opposing counsel re: depositions and outstanding discovery from Defendants | Sunny Mullick |
| 12/14/20 | 0.5 | Review and reply to e-mails from opposing counsel re: depositions and discovery (.1); telephone conference with opposing counsel re: above (.1); e-mails with Mr. Morales' former counsel re: documents provided to him (.1); review documents produced by Mr. Morales (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 12/16/20 | 0.9 | Prepare Notice of 30(B)(6) deposition with topics (8); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 12/17/20 | 0.2 | Telephone conference with opposing counsel re: depositions, discovery and mediation | Sunny Mullick |
| 12/22/20 | 0.1 | Prepare e-mail to opposing counsel re: deposition of Mr. Morales and Defendants | Sunny Mullick |
| 1/5/21 | 0.8 | Review e-mail from mediator (.1); review e-mail from opposing counsel re: deposition notices (.1); prepare e-mail to clients re: above (.1); telephone conference with opposing counsel re: settlement possibility and documents to be produced by Defendants (.5) | Sunny Mullick |
| 1/6/21 | 0.4 | Review Magistrate Judge Torres' Discovery Procedures (.1); prepare draft Notice of Compliance pursuant to above (.3) | Sunny Mullick |
| 1/7/21 | 0.6 | Review e-mail re: depositions of Plaintiffs (.1); prepare e-mail to clients re: above (.1); prepare for mediation (.4) | Sunny Mullick |
| 1/8/21 | 1.5 | Engage in mediation (1.1); review Mediaiton Report  (.1); prepare e-mail to opposing counsel re: outstnding discovery, depostions and discovery hearing (.1); prepare e-mail to Magistrate Judge Torres re: discovery hearing and source materials (.2) | Sunny Mullick |
| 1/8/21 | 0.2 | Prepare proposed Order on Discovery Hearing | Sunny Mullick |

| Date | Hours | Description | Name |
|---|---|---|---|
| 1/11/21 | 6.6 | Prepare for deposition of Mr. Celorrio (.5); defend first portion of deposition of Mr. Celorrio (4.3); study deposition of Mr. Morales in Pena case (.8); prepare e-mail to Mr. Morales re: above (.1); telephone conference wiht Mr. Morales re: above (.5); prepare for depoosition of Mr. Morales (.4) | Sunny Mullick |
| 1/12/21 | 7.6 | Defend deposition of Mr. Morales (7.3); telephone conference with clients re: above (.3) | Sunny Mullick |
| 1/13/21 | 3.5 | Study documents produced in Pena case regarding Manager Activity Reports and time records (2.4); study Orders in Pena case re: sanctions for discovery violations (.2); prepare e-mail to opposing counsel re: outstanding discovery issues and Discovery Hearing (.1); prepare Notice of Filing Supplemental Materials for January 14, 2021 Discovery Hearing (.4); review and reply to e-mail from opposing counsel with detailed e-mail re: outstanding discovery issues and Discovery Hearing (.4) | Sunny Mullick |
| 1/14/21 | 3.1 | Engage in Discovery Hearing (1.9); prepare e-mail to opposing counsel re: in person document review at counsel's office and inspection of POS at Defendant's restaurant (.1); prepare Notices of Depositon of Buonos and Kalas (.3); prepare Amended Initial Disclosures (.1); review and reply to e-mail to oppsing counsel re: in person document review at counsel's office, inspection of POS at Defendant's restaurant and depositons of Defendants (.1); prepare e-mail to court reporteer re: Defendants' deposition exhibits from Mr. Morales' deposition (.1); prepare proposed Order on today's Discovery Hearing (.4) ; prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 1/18/21 | 2.4 | Revise proposed Order (.1); prepare e-mail to opposing counsl re: above (.1); prepare e-mail to Court re: above (.1); prepare e-mail to opposing counsel re: site visit to Villagio re: Manager Activity Reports (.1); assist Mr. Kuvin with document review and comparision to time reciords and paystubs (1.8); prepare e-mail to opposing counsel re: consent to Magistrate Judge, discovery issues, on-site visit to retrieve Manager Activity Reports and exchanging same and documents from Pena case (.2) | Sunny Mullick |
| 1/19/21 | 3.1 | Telephone conference with Magistrate Judge Torres' Chambers re: continued Discovery Hearing (.1); prepare e-mail to opposing counsel re: above and consenting to Magistrate Judge (.1); study and compare Manager Actrivity Report with time records to identify discrepancies (2.6); prepare memo re: above (.3) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 1/20/21 | 0.5 | Telephone conference with Mr. Morales re: time records produced by Defendants (.1); prepare e-mail to Mr. Morales re: above (.1); review and reply to e-mails from opposing counsel re: discovery issues and continued Discovery Hearing (.2); review and reply to e-mail from opposing counsle re: above (.1) | Sunny Mullick |
| 1/21/21 | 0.2 | Review and provide detailed reply to e-mail from opposing counsl re: discovery issues, discovery hearing and missing records (.2) | Sunny Mullick |
| 1/22/21 | 0.2 | Telephone conference with Magistarte Judge Torres' Chambers re: Discovery Hearing (.1); update Notice of Compliance (.1) | Sunny Mullick |
| 1/23/21 | 0.1 | Review and reply to e-mail from opposing counsel re: re-scheduling Defendants' depositions as a result of opposing counsel's COVID diagnosis (.1) | Sunny Mullick |
| 1/24/21 | 0.7 | Reviwe and reply to e-mail from opposing counsel re: Joint Motion to Extend (.1); prepare Joint Motion to Extend Discovery Deadline (.5); prepare e-mail to opposing counsel re: above (.1); prepare proposed ORder re: above (.1) | Sunny Mullick |
| 1/25/21 | 0.2 | Prepare e-mail to opposing counsel re: Joint Motion for Extension of Discovery Deadline (.1); prepare e-mail to Court re: proposed Order re: above (.1) | Sunny Mullick |
| 1/27/21 | 0.9 | Telephone conferences with opposing counsel re: pending Joint Motion to Extend Discovery Deadline (.3); conference call with opposing counsel and Chambers re: above (.1); e-mails with opposing counsel re: conducting depositions after discovery deadline and consent to Magistrate Judge (.2); prepare Consent to Magistrate Judge form (.1); prepare e-mail to opposing counsle re: above (.1); review Order granting Joint Motion to Extend Discovery Deadline (.1) | Sunny Mullick |
| 1/28/21 | 0.1 | Prepare e-mail to Mr. Morales re: his time and pay records | Sunny Mullick |
| 2/5/21 | 0.1 | Prepare e-mail to Magistrate Judge Torres re: upcoming Discovery Hearing (.1) | Sunny Mullick |
| 2/10/21 | 0.8 | Prepare e-mail to opposing counsel re: further good faith conference call (.1); review record keeping requirements for employers (.3); telephone conference with opposing counsel re: Discovery Hearing (.7) | Sunny Mullick |
| 2/11/21 | 0.4 | Telephone conferences with opposing counsel re: continuing Discovery Hearing (.3); review Order continuing Discovery Hearing (.1) | Sunny Mullick |
| 3/1/21 | 0.1 | Review and reply to e-mail from Mr. Celorrio re: status of case | Sunny Mullick |
| 3/2/21 | 0.1 | Prepare e-mail to opposing counsel re: further good faith conference | Sunny Mullick |

| | | | |
|---|---|---|---|
| 3/3/21 | 1.3 | Further good faith conference call with opposing counsel re: discoverey issues (.9); prepare e-mail to opposing counsel re: above (.1); prepare Amended Notice of Compliance for Discovery Hearing (.2); prepare e-mail to Chambers re: above (.1) | Sunny Mullick |
| 3/4/21 | 2 | Prepare for Discovery Hearing (.5); engage in Discovdery Hearing (1.3); modify proposed Order from prior hearing (.1); prepare e-mail to opposing counsel re: above (.1 | Sunny Mullick |
| 3/9/21 | 0.1 | Review and reply to e-mail from opposing counsel re: discovery issues and JSR | Sunny Mullick |
| 3/10/21 | 1.7 | Prepare for conference all with opposing counsel (.4); prepare proposed Order for 3-4-21 Discovery Hearing (.3); engage in conference call with opposing counsel re: 3-4-21 discovery hearing and items ordered by the Court (.9); prepare e-mail to opposing counsl re: proposed Order re: above (.1 | Sunny Mullick |
| 3/15/21 | 0.2 | Review and reply to e-mail from client re: status (.1); e-mails with opposing counsel re: proposed Order from recent Discovery Hearing (.2); revise above proposed Order (.1); | Sunny Mullick |
| 3/24/21 | 0.2 | Telephone conference with opposing counsel re: discovery issues and settlement possibility | Sunny Mullick |
| 3/29/21 | 0.1 | Telephone conference with opposing counsel re: Defendants' outstanding discovery responses | Sunny Mullick |
| 3/31/21 | 0.1 | Review and reply to e-mail from client re: status of case | Sunny Mullick |
| 4/2/21 | 0.5 | Telephone conference with opposing counsel re: her request for extension of time to serve responsive documents (.1); review and make changes to Joint Scheduling Report and proposed Scheduling Order (.3); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 4/5/21 | 0.3 | Review e-mail from opposing counsel re: draft JSR (.1); telephone conference with opposing counsel re: above (.2) | Sunny Mullick |
| 4/7/21 | 0.1 | Review Orders following Discovery Hearings | Sunny Mullick |
| 4/11/21 | 0.1 | Telephone conference with opposing counsel re: Defendants' discoveyr responses | Sunny Mullick |
| 4/16/21 | 0.2 | Telephone conference with opposing counsel re: Defendants' supplemental discovery responses | Sunny Mullick |
| 4/23/21 | 0.1 | Review and reply to e-mail from Mr. Cellorio re: status | Sunny Mullick |
| 6/10/21 | 0.1 | Review and reply to e-mail from Mr. Celorrio re: status | Sunny Mullick |
| 6/13/21 | 0.9 | Review Supplemtnal discoveyr responses from all Defendants and identify deficient items (.7); prepare e-mail to opposing counsel re: above (.2) | Sunny Mullick |
| 6/15/21 | 0.1 | Prepare e-mail to opposing counsel re: good faith conferral re: disocvey items | Sunny Mullick |

| 6/24/21 | 0.1 | Prepare e-mail to opposing counsel re: good faith conferral | Sunny Mullick |
| 6/25/21 | 1 | Engage in good faith conference with opposing counsel re: Defendants' supplemental discovery responses (.9); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 6/30/21 | 0.2 | Telephone conference with opposing counsel re: Defendants' discovery responses (.1); review and reply to e-mail from opposing counsel re: above (.1) | Sunny Mullick |
| 7/2/21 | 0.3 | Review e-mail from opposing counsel re: discovery issues (.1); telephone conference with opposing counsel re: above (.1); prepare e-mail to opposing counsel re: discovery responses and setting discovery hearing (.1) | Sunny Mullick |
| 7/6/21 | 0.4 | Study Defendant's further amended Responses to Interrogatories (.1); study Defendant's further amended Responses to Request for Production (.1); study newly produced documents from Defendant (.1); prepare e-mail to opposing counsel re: above and need for discovery hearing (.1) | Sunny Mullick |
| 7/7/21 | 0.7 | Ascertain all deficient and outstanding discovery responses by Defendants (.3); identify discovery items that were previously tabled (.2); prepare Notice of Compliance for Discovery Hearing (.2) | Sunny Mullick |
| 7/8/21 | 0.2 | Telephone conference with Magistrate Judge's Chambers re: discovery hearing (.1); prepare e-mail to opposing counsel re: anbove (.1) | Sunny Mullick |
| 7/12/21 | 0.8 | Review Order requiring Joint Scheduling Report (.1); e-mails with opposing counsel re: Discovery Hearing (.1); telephone conference with Magistrate Judge's Chambers re: above (.1); review Order setting Discovery Hearing (.1); work on JSR and proposed Scheduling Order (.3); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 7/26/21 | 0.4 | Telephone conference wiht opposing counsel re: JSR (.1); several e-mails with opposing counsel re: above (.2); amend JSR and proiposed JSF accordingly (.1) | Sunny Mullick |
| 7/27/21 | 0.2 | Telephone conference with opposing counsel re: discovery issues | Sunny Mullick |
| 8/2/21 | 0.4 | Review and reply to e-mail from opposing counsel re: Manager Activity/Edit Report (.1); review documents previsously produced (.1); prepare e-mail to opposing counsel re: above (.1); review Order re: Discovery Hearing (.1) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 8/4/21 | 4.2 | Review all documents produced by Defendants for Cellorio and identify missing items (.8); review all documents produced by Defendants for Morales and identify missing items (.6); hand renumber Defendants' Responses to Request for Production (.3); prepare e-mail to Court re: documents for tomorrow's Discovery Hearing (.1); prepare Amended Notice of Compliance (.1); prepare Notice of Supplemental Material for Discovery Hearing (.2); telephone conferences with opposing counsel re: tomorrow's Discovery Hearing (.7); prepare e-mail to opposing counsel re: above (.2); telephone conference with Mr Celorrio re: tip distribution, documents created by Defendant re: same and persons who should not have been in tip distribution (.4); prepare for Discovery Hearing (.8 | Sunny Mullick |
| 8/5/21 | 3.2 | E-mails with opposing counsel re: conducting today's hearing by Zoom (.1); study transcript of Mr. Kalas' deposition from Pena case for use at today's Discovery Hearing (1.3); engage in Discovery Hearing (1.5); review and reply to e-mail from opposing counsel re: W-2's for Morales (.1); prepare e-mail to opposing counsel re: Stipulation that coverage exists under FLSA and FMWA (.1); review Scheduling Order (.1) | Sunny Mullick |
| 8/9/21 | 0.4 | Review Plainitffs' pay records to determine which weeks to designate for Defendants' further document production (.3); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 8/11/21 | 0.4 | Telephone conferences with opposing counsel re: proposed Order re: recent discovery hearing | Sunny Mullick |
| 8/17/21 | 1.8 | Telephone conference with opposing counsel re: discovery production (.2); review e-mail from opposing counsel re: above (.1); study new records provided by Defendants (1.5) | Sunny Mullick |
| 8/26/21 | 0.1 | Review and reply to e-mail from Mr. Celorrio re: status | Sunny Mullick |
| 8/29/21 | 0.8 | Study transcript of August 5, 2021 Discovery Hearing | Sunny Mullick |
| 9/1/21 | 0.3 | Prepare proposed Order re: 8-5-21 Discovery Hearing (.2); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 9/7/21 | 0.1 | Prepare e-mail to opposing counsel re: proposed Order on August 5, 2021 Discovery Hearing | Sunny Mullick |
| 9/12/21 | 0.1 | Prepare e-mail to opposing counsel re: proposed Order and depositions | Sunny Mullick |
| 9/17/21 | 0.2 | E-mails with opposing counsel re: proposed Order and depositions | Sunny Mullick |
| 9/21/21 | 0.6 | Prepare e-mail to opposing counsel re: proposed Order and depositions (.1); review UCT's re: list of all employees (.3); prepare e-mail to clients re: above (.1); prepare e-mail to opposing counsel re: outstanding discovery items (.1) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 9/22/21 | 0.1 | E-mail with Mr. Celorrio re: coffee persons and expediters in tip sharing | Sunny Mullick |
| 9/23/21 | 0.2 | Telephone conference with Chambers re: Discovery Hearing (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 9/24/21 | 0.1 | E-mails with opposing counsel re: Discovery Hearing, proposed Order and Defendants' depositions | Sunny Mullick |
| 9/27/21 | 0.5 | Telephone conference with opposing counsel re: discovery issues (.1); prepare Motion for Extension of Discovery Deadline and to Reset Trial (.4) | Sunny Mullick |
| 9/28/21 | 0.8 | Telephone conference with opposing counsel re: outstanding discovery issues, depositions and motion to continue trial (.4); prepare e-mail to opposing counsel re: above (.1); prepare e-mail to Chambers re: proposed Order (.1); e-mails with opposing counsel re: Motion to Compel, Extend Discovery and Reset Trial (.2) | Sunny Mullick |
| 9/29/21 | 0.4 | Telephone conference with Mr. Cellorio re: deposing other servers re: tipping out coffee ladies (.1); prepare e-mail to Mr. Cellorio re: above (.1); telephone conference with opposing counsel re: amended discovery responses (.2) | Sunny Mullick |
| 9/30/21 | 0.1 | Review and reply to e-mail from opposing counsel re: supplemental Response to Interrogatory #7 | Sunny Mullick |
| 10/1/21 | 0.2 | Review Supplemental Response to Interrogatory #7 (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 10/5/21 | 0.2 | Telephone conference with Chambers re: status of Unopposed Motion to Continue (.1); review Order granting above (.1) | Sunny Mullick |
| 10/6/21 | 0.1 | Review Order on August 5, 2021 Discovery Hearing | Sunny Mullick |
| 10/8/21 | 0.1 | Review Supplemental Answer to Interrogatory #7 | Sunny Mullick |
| 10/11/21 | 2.3 | Study Defendants' Third Supplemental Response to Request for Production and corresponding Bates labeled documents to identify deficiencies (.8); prepare e-mail to opposing counsel re: above (.1); telephone conference with opposing counsel re: above (.1); review and reply to e-mail from opposing counsel re: above (.1); review Defendants' Notice of Compliance re: DE 88 (.1); review Fourth Supplemental Responses to RFP (.2); e-mails with Chambers re: Discovery Hearing (.1); e-mails with opposing counsel re: above (.1); review Notice of Discovery Hearing (.1); prepare Notice of Compliance for upcoming Discovery Hearing (.4); prepare e-mail to Magistrate Judge re: materials for October 28, 2021 Discovery Hearing (.1); study new Scheduling Order (.1) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 10/13/21 | 0.6 | Study Order on Trial Procedures and Order on Discovery Procedures (.3); prepare proposed Order for October 28, 2021 Discovery Hearing (.2); prepare e-mail to Magistrate Judge re: above (.1) | Sunny Mullick |
| 10/18/21 | 0.9 | Research addresses for 4 coffee ladies provided by Defendants (.8); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 10/25/21 | 0.3 | Review Order re: Discovery Hearing (.1); telephone conference with Mr. Celorrio re: previous servers who tipped out the coffee ladies (.2) | Sunny Mullick |
| 10/28/21 | 1.4 | Prepare for discovery hearing (.5); engage in Discovery Hearing (.7); prepare e-mail to opposing counsel re: above (.1); prepare e-mail to opposing counsel re: depositions of Defendants (.1) | Sunny Mullick |
| 10/30/21 | 0.4 | Prepare proposed Order on October 28, 2021 Discovery Hearing (.3); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 10/31/21 | 0.2 | Review proposed edits to Order following Discovery Hearing (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 11/9/21 | 1.8 | Prepare e-mail to opposing counsel re: Defendants' depositions (.1); review Fifth Supplemental Response to RFP (.2); review Fifth Supplemental Response to Interrogatories (.1); review newly produced documents and identify other "coffee ladies" (.1.2); prepare e-mail to opposing counsel re: production of spreadsheets in original native format (.1); prepare e-mail to clients re: above (.1) | Sunny Mullick |
| 11/10/21 | 0.4 | Several e-mails with opposing counsel re: Defendants' depositions (.2)p; telephone conference with Ms. Amit re: above (.2) | Sunny Mullick |
| 11/30/21 | 0.8 | Prepare Notice of Taking Corporate Representative's deposition (.7) prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 12/2/21 | 0.4 | Review e-mail from opposing counsel re: depositions (.1); telephone conference with opposing counsel re: above (.2); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 12/6/21 | 4.5 | Review and reply to e-mail from opposing counsel re: depositions (.1); telephone conference with Julio Pena re: above (.1); telephone conference with Armando Canizares re: above (.1); telephone conference with opposing counsel re: above (.1); prepare Notice of Depositions (.2); study and compare Manager Activity Reports, Time Sheets and Cash Out Reports to identify deficiencies (3.4); prepare memo re: above (.4); prepare e-mail to opposing counsel re: missing time sheet (.1) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 12/7/21 | 1.9 | Telephone conference with opposing counsel re: good faith conference re: objections to Notice of Taking Corporate Representative's deposition (.5); e-mails and telephone conference with opposing counsel re: depositions of Mr. Pena and Mr. Canizares (.2); select and prepare 16 exhibits for depositions (1.0); prepare e-mail to Mr. Cellorio re: depositions (.1); prepare e-mail to Mr. Canizares re: his deposition (.1) | Sunny Mullick |
| 12/8/21 | 0.3 | Prepare e-mail to opposing counsel re: tomorrow's deposition (.1); review and reply to e-mail from opposing counsel re: objections to areas of inquiry for corporate representative's deposition (.2) | Sunny Mullick |
| 12/9/21 | 0.5 | Review e-mail from opposing counsel re: amending Notice of Taking Corporate Representative's deposition (.1); amend Notice of Taking Corporate Representative's deposition (.2); prepare e-mail o opposing counsel re: above (.1); prepare e-mails to opposing counsel and client re: tomorrow's deposition (.1) | Sunny Mullick |
| 12/13/21 | 0.5 | Review and reply to e-mail from opposing counsel re: tomorrow's deposition (.1); telephone conference with Mr. Pena re: his deposition (.1); telephone conference with opposing counsel re: above (.2); prepare e-mail to opposing counsel re: re-scheduling Mr. Pena's deposition (.1) | Sunny Mullick |
| 12/14/21 | 0.3 | Telephone conference with Mr. Canizares re: cancellation of his deposition (.1); telephone conference with Mr. Cellorio re: confirmation of settlement authority (.1); telephone conference with Mr. Morales re: confirmation of settlement authority (.1) | Sunny Mullick |
| 12/16/21 | 1 | Telephone conference with Mr. Cellorio re: Mr. Pena cannot attend his deposition as previously agreed (.1); telephone conference with opposing counsel re: above (.2); prepare e-mail to opposing counsel re: above (.1); telephone conference with Mr. Pena re: his deposition and compelling him to appear (.3); telephone conference with opposing counsel re: above (.1); prepare Amended Notice of Depositions (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 12/20/21 | 1 | Prepare e-mail to opposing counsel re: producing unredacted time sheets (.1); telephone conference with opposing counsel re: above (.1); telephone conference with Chambers re: discovery hearing (.1); prepare Motion to Compel (.6); e-mails with opposing counsel re: 7 day extension of discovery period (.1) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 12/21/21 | 0.6 | Telephone conference with Mr. Celorrio re: Mr. Pena will not be appearing for his deposition (.1); prepare Notice of Cancellation of Deposition (.1); prepare e-mail to opposing counsel re: above (.1); telephone conference with opposing counsel re: above (.1); telephone conference with Chambers re: Motion to Compel (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 12/22/21 | 2 | Review Motion for Sanctions (.2); telephone conference with opposing counsel re: above (.1); prepare Response to Motion for Sanctions (1.7) | Sunny Mullick |
| 1/3/22 | 0.1 | Review Defendants' Response to Motion to Compel | Sunny Mullick |
| 1/4/22 | 0.5 | Review Response to Motion to Compel (.2); prepare Reply (.3) | Sunny Mullick |
| 1/7/22 | 0.1 | Prepare e-mail to opposing counsel re: mediation | Sunny Mullick |
| 1/10/22 | 0.3 | Prepare e-mail to mediator re: availability (.1); telephone conference with opposing counsel re: above (.1); telephone conferences with clients re: above (.1) | Sunny Mullick |
| 1/11/22 | 0.8 | Review Re-Notice of Mediation (.1); telephone conference with opposing counsel re: above and whether the parties want to voluntarily mediate (.2); telephone conferences with both clients re: settlement demands (.2); telephone conference with opposing counsel re: above (.1); prepare e-mail to opposing counsel re: above (.1); review Reply to Motion for Sanctions (.1) | Sunny Mullick |
| 1/17/22 | 0.4 | Telephone conference with opposing counsel re: mediation (.1); e-mails with opposing counsel re: above (.1); prepare e-mail to Mediator re: cancelling mediation (.1); prepare e-mail to clients re: above (.1) | Sunny Mullick |
| 1/18/22 | 0.2 | Review e-mail from Mediator (.1); prepare Notice of Cancellation of Mediation (.1) | Sunny Mullick |
| 2/1/22 | 0.2 | Telephone conference with opposing counsel re: Motion in Limine | Sunny Mullick |
| 2/15/22 | 1.1 | Prepare Motion for Extension of Time to File Dispositive Motions (.8); telephone conference and e-mail to opposing counsel re: good faith conferral (.1); prepare proposed Order re: above (.1); prepare e-mail to Court re: above (.1) | Sunny Mullick |
| 3/5/22 | 0.2 | Study Order granting Motion to Compel, Order extending time to move for summary judgment and Order denying Motion for Sanctions (.2) | Sunny Mullick |
| 3/6/22 | 3.7 | Research case law re: where employer's records are inaccurate, employee may testify as to reasonable recollection of hours worked (2.4); study and compare records to show several discrepancies for use with motion for partial summary judgment (1.3) | Sunny Mullick |

| 3/11/22 | 1.6 | Telephone conference with opposing counsel re: settlement discussions (.2); study newly produced time records for other employees and compare with 16 exhibits showing time records discrepancies for Celorrio (.8); prepare e-mail to opposing counsel re: missing time records for 4-28-16 (.1); prepare detailed e-mail settlement communication to opposing counsel setting deadline for expiration of settlement demands, listing discrepancies in time records and providing 16 exhibits showing same (.6) | Sunny Mullick |
|---|---|---|---|
| 3/14/22 | 2.3 | Study transcript of Mr. Kalas Individual and Corporate Representative deposition for use in MSJ (2.2); preapre e-mail to opposing counsel re: one week of missing records (.1) | Sunny Mullick |
| 3/15/22 | 11 | Study transcript of deposition of Fabrizio Buono (1.8); prepare Statement of Undisputed Facts (2.5); prepare Motion for Partial Summary Judgment (5.5); telephone conference with opposing counsel re: discrepancies in records and settlement negotiations (.8); telephone conference with opposing counsel re: her objection to using Manager Activity Report (.4) | Sunny Mullick |
| 3/16/22 | 0.4 | Prepare Motion for Extension of Time (.2); prepare proposed Order re: above (.1); prepare e-mail to Judge re: above (.!) | Sunny Mullick |
| 3/17/22 | 2.5 | Add argument to Motion for Partial Summary Judgment re: servers clocked-out and then settled up gratuities (.5); prepare exhibits for Statement of Facts (1.0); finalize Motion for Partial Summary Judgment (.5); finalize Statement of Facts (.5) | Sunny Mullick |
| 3/29/22 | 1.3 | Telephone conference with opposing counsel re: joint motion to extend MIL due date and Defendants' motion for extension of time re: motion for partial summary judgment (.3); prepare e-mail to opposing counsel re: above (.1); telephone conference with Chambers re: request for Status Conference (.1); prepare Joint Motion for Extension of Time to File MILs and for Status Conference (.5); prepare proposed Order re: above (.2); prepare e-mail to Chambers re: above (.1) | Sunny Mullick |
| 3/30/22 | 0 | Review Motion to Extend Time to File Response to MPSJ (.1); | Sunny Mullick |
| 4/2/22 | 0.1 | Review Order granting Joint Motion for Extension re: MILs and Notice of Hearing re: Status Conference | Sunny Mullick |
| 4/5/22 | 0.2 | Review Order extending Defendants' time to respond to MPSJ (.1); telephone conference with opposing counsel re: Status Conference (.1) | Sunny Mullick |
| 4/11/22 | 0.1 | Prepare e-mail to opposing counsel re: extension of time to file motions in limine | Sunny Mullick |

| | | | |
|---|---|---|---|
| 4/12/22 | 4.1 | Prepare Joint Motion for Extension of Time to File Motions in Limine (.3); prepare proposed Order re: above (.1); review e-mail from opposing counsel re: above (.1); prepare e-mail to Chambers re: proposed Order (.1); review Order granting above (.1); study transcript of deposition of Leonardo Cellorio (1.8); study Response to Motion for Partial Summary Judgment and outline arguments for Reply (.6); begin preparing draft Reply (1.0) | Sunny Mullick |
| 4/14/22 | 4.6 | Review Defendants' discovery responses to identify Motion in limine topics (.9); prepare e-mail to opposing counsel re: above (.1); study transcripts of depositions of Kalas and Buono to refute Kalas' new allegation that Celorrio had special privileges to access POS system (1.7); continue preparing Reply re: above (1.4); review exhibits to Motion for Partial Summary Judgment to identify Cash Out Reports that are signed (.4);  prepare e-mail to Celorrio re: above (.1) | Sunny Mullick |
| 4/15/22 | 5 | Telephone conference with opposing counsel re: Defendants' request for extension of time to file motions in limine (.1); research case law re: courts grant summary judgment to plaintiffs when employers' records are inaccurate (1.6); review and reply to e-mail from opposing counsel re: MILs and motion to strike Kalas Affidavit (.1); review Order extending time to file Motions in limine (.1); research case law re: sham affidavits (1.4); prepare Motion to Strike Sham Affidavit (1.2); prepare Motion to Extend Plaintiffs' time to file motions in limine (.1); prepare proposed Order re: above (.1); prepare e-mail to opposing counsel re: above (.1); prepare e-mail to Chambers re: proposed Order(.1); review Order granting extension of time to file motions in limine  (.1) | Sunny Mullick |
| 4/16/22 | 3.8 | Finish preparing Reply to Motion for Partial Summary Judgment (2.3); prepare Reply to Response to Statement of Facts (1.5) | Sunny Mullick |
| 4/19/22 | 2.7 | Research case law for Motion in Limine (.7); prepare Motion in Limine (1.8); review Order resetting trial date (.1); review Order directing amended Statements of Material Fact (.1) | Sunny Mullick |
| 4/20/22 | 1.8 | Telephone conference with opposing counsel re: conflict with new trial date ordered by Court (.3); e-mails with opposing counsel re: above (.2); e-mails with opposing counsel re: additional MIL topic (.1); research case law re: work is always for employer's benefit (.4); supplement Motion in Limine re: above and reservation of rights for after pending motions are decided (.8) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 4/23/22 | 2.3 | Review Amended Response to Statement Uncontested of Facts (.2); prepare Reply to above (.6); study Response to Amended Motion to Strike Portions of Sham Affidavit (.3); prepare Reply to above (1.2) | Sunny Mullick |
| 4/24/22 | 2.4 | Study Defendants' Motion in Limine (.3); research case law cited by Defendants in above (.8); prepare Response to above (1.3) | Sunny Mullick |
| 4/25/22 | 0.2 | Telephone conference with opposing counsel re: trial | Sunny Mullick |
| 4/26/22 | 0.1 | Review Order resetting trial and other pre-trial deadlines | Sunny Mullick |
| 4/27/22 | 0.3 | Telephone conference with opposing counsel re: responses to motions in limine and settlement discussions | Sunny Mullick |
| 5/4/22 | 0.2 | Telephone conference with opposing counsel re: extension of time to respond to MIL (.1); review Motion re: above (.1) | Sunny Mullick |
| 5/11/22 | 0.1 | Prepare e-mail to opposing counsel re: additional work records for Celorrio | Sunny Mullick |
| 5/12/22 | 1 | Review e-mail from opposing counsel re: additional work records for Celorrio (.1); telephone conference with opposing counsel re: above (.2); review Kalas Affidavit re: above (.1); prepare e-mail to opposing counsel re: above (.1); review additional pay records provided by Facci (.3); telephone conference with opposing counsel re: time records for Celorrio for June 2015 to November 20, 2015 (.1); prepare e-mail to opposing counsel re: above (.1) | Sunny Mullick |
| 5/15/22 | 2.1 | Study Defendants' Response to Motion in Limine (.4); prepare Reply to above (1.7) | Sunny Mullick |
| 5/17/22 | 1.2 | Prepare e-mail to opposing counsel re: time records for Celorrio from June 1, 2015 to November 2015 (.1); prepare Motion to Compel and to Reopen Discovery (.6); review time records for Celorrio for June 8, 2015 to November 2015 (.4); prepare e-mail to opposing counsel re: missing time record (.1) | Sunny Mullick |
| 5/20/22 | 0.7 | Supplement Motion to Reopen Discovery with discovery demands and responses (.5); prepare proposed Order re: above (.1); prepare e-mail to Chambers re: above (.1) | Sunny Mullick |
| 6/22/22 | 0.3 | Study Order Denying Motion for Partial Summary Judgment | Sunny Mullick |
| 7/18/22 | 0.1 | Review and reply to e-mail from Mr. Morales re: trial | Sunny Mullick |
| 8/8/22 | 0.1 | Review Order on Motion to Compel and Reopen Discovery | Sunny Mullick |
| 8/15/22 | 2 | Review Second Amended Complaint, Statement of Claim and Plaintiff's Responses to Interrogatories to prepare Pre-Trial Stipulation (.6); begin preparing draft Joint Pre-Trial Stipulation (1.4); review and reply to e-mail from client re: trial (.1) | Sunny Mullick |

| | | | |
|---|---|---|---|
| 8/16/22 | 0.6 | Review and reply to e-mail from opposing counsel re: depositions of Defendants (.1); review and reply to e-mail from opposing counsel re: Motion for Extension of Time to File Joint Pre-Trial Stipulation (.1); prepare Motion for Extension of Time (.2); prepare proposed Order re: above (.1); prepare e-mail to Court re: above (.1) | Sunny Mullick |
| 8/22/22 | 6.8 | Review recent Orders re: trial (.1); prepare e-mail to clients re: new earlier trial date (.1); review draft Pre-Trial Stipulation by opposing counsel and revise same (1.4); review Defendants' Exhibit List and make objections (.2); review Defendants' Witness list (.1); prepare Plaintiffs' Witness List (.3); review all documents produced by Defendants and prepare Plaintiffs' Exhibit List (1.7); prepare e-mail to opposing counsel re: above (.1); telephone conferences with Mr. Cellorio re: status of case, claims, trial and trial preparation (.4); review updated draft Pre-Trial Stipulation with opposing counsel's edits (.1); telephone conference with opposing counsel re: above (.1); make further revisions to review draft Pre-Trial Stipulation (.5); finalize all Exhibit and Witness Lists (.2); review e-mail re: stipulation by opposing counsel re: Manager Activity Report (.3); review Initial Disclosures re: Armando Canizares (.1); e-mails with opposing counsel re: above and final version of draft Pre-Trial Stipulation and Exhibit and Witness Lists (.1); begin review of transcript of Leonardo Cellorio (1.0) | Sunny Mullick |
| 8/23/22 | 3.9 | Review and edit draft Joint Motion to Use Electronics and proposed Order re: same (.2); prepare e-mail to opposing counsel re: above (.1); prepare e-mail to Court re: proposed Order re: above (.1); prepare e-mails to Julio Pena and Armando Canizares re: subpoenae to testify at trial (.2); telephone conference with Leonardo Celloro re: above and trial (.2); telephone conference with Maikel Morales re: above and trial (.1); telephone conference with Armando Canizares re: subpoena (.1); continue review of transcript of Leonardo Cellorio and make notes for questions on direct (1.3); prepare e-mail to clients re: their deposition transcripts and Interrogatory Responses (.1); review all Orders entered and select relevant Orders for trial (.4); begin review of Maikel Morales' deposition transcript (1.0); prepare e-mail to clients re: video in Spanish to prepare to testify (.1) | Sunny Mullick |
| 8/24/22 | 4 | Finish review of Maikel Morales' deposition transcript and take notes (1.0); review Maikel Morales' deposition transcript in Pena case and take notes (.8); review draft jury instructions by Defendants' counsel and edit same (.7); review Pattern Jury Instructions re: above (.5); supplement draft jury instructions with additional instructions (1.5) | Sunny Mullick |

| 8/25/22 | 6.1 | Continue researching jury instructions and working on proposed jury instructions (3.0); engage in Pre-Trial Conference (2.7); prepare e-mail to opposing counsel re: interpreter for trial (.1); prepare Amended Exhibit List after Pre-Trial conference (.3) | Sunny Mullick |
|---|---|---|---|
| 8/26/22 | 7.1 | Strategize re: withdrawal of jury demand (.5); meet with Mr. Morales to prepare him for trial (3.5); telephone conference with Mr. Celorrio re: withdrawal of jury demand (.2); prepare e-mail to opposing counsel re: withdrawal off demand for jury demand (.1); calculate estimated damages for each Plaintiff and prepare chart summarizing same (2.5); review Defendants' Responses to RFA's (.2); prepare e-mail to opposing counsel re: admissions that both individual defendants are employers (.1) | Sunny Mullick |
| 8/27/22 | 8.9 | Review certain cases cited by Defendants in joint proposed jury instructions (.6); finish preparing draft joint proposed jury instructions (2.0); prepare e-mail to opposing counsel re: above and withdrawal of jury demand (.1); review and analyze for similarity Complaints in several prior cases filed against Defendants (1.3); prepare Plaintiffs' proposed Verdict Form (.5); prepare for meeting with clients and Armando Canizares to prepare them for trial (1.8); review transcript of Mr. Kalas' deposition from Pena case and make notes (1.0); review transcript of Mr. Buono's ' deposition from Pena case and make notes (.8); review transcript of Mr. Filori's' deposition from Pena case and make notes (.8) | Sunny Mullick |
| 8/28/22 | 7.3 | Meeting with clients and Armando Canizares to prepare them for trial (3.3); review and approve exhibit binders (1.0); final trial preparation (3.0) | Sunny Mullick |
| 8/29/22 | 10.3 | Engage on Trial (7.8); prepare for testimony tomorrow (2.5) | Sunny Mullick |
| 8/30/22 | 11.4 | Trial (8.0): research relation back of amendments to Complaint adding new plaintiff (1.5); revise proposed Verdict form (.4); prepare for next day of trial (1.5) | Sunny Mullick |
| 9/1/22 | 10.3 | Prepare e-mail to Court re: proposed Verdict form (.1); engage in trial and jury charge conference (8.0: study new draft of proposed jury instructions (.7);  prepare for tomorrow's testimony (1.5) | Sunny Mullick |
| 8/31/22 | 10 | Engage in trial (8.0); prepare for tomorrow's testimony (2.0) | Sunny Mullick |
| 9/2/22 | 9.2 | Engage in trial (8.0); e-mails with clients re: above (.3); analyze jury verdicts and Court's incorrect interpretation of same (.8); e-mails with opposing counsel re: above and motion for reconsideration and/or motion for JNOV (.1) | Sunny Mullick |

| Date | Hours | Description | Attorney |
|---|---|---|---|
| 9/3/22 | 7.8 | Prepare e-mail to clients re: jury verdicts and Court's incorrect interpretation of Verdict form (.1); research case law re: motion for directed verdict in FLSA cases (.7); research case law re: motion for judgment notwithstanding the verdict in FLSA cases (2.8); research case law re: Motion to Amend or Alter Judgment (.8); prepare Motion for Reconsideration, Motion for Directed Verdict and Motion for Judgment Notwithstanding the Verdict (3.4) | Sunny Mullick |
| 9/6/22 | 0.2 | E-mails with opposing counsel re: good faith conferral (.1); prepare e-mail to clients re: Motion for Reconsideration and JNOV (.1) | Sunny Mullick |
| 9/9/22 | 0.1 | Review and reply to e-mail from Mr. Celorrio re: status of Motion for Reconsideration and JNOV | Sunny Mullick |
| 9/14/22 | 0.2 | Telephone conference with Chambers re: Motion for JNOV (.1); prepare Renewed Motion for JNOV, etc. (.1) | Sunny Mullick |
| 9/29/22 | 4.9 | Study Defendants' Response to Motion Reconsideration, JNOV and to Amend Judgment (.8); research federal and Florida law on waiver (.5); prepare Reply re: above (3.6) | Sunny Mullick |
| 10/3/22 | 0.5 | Research tolling of time to file notice of appeal when Rule 50 or 59 motion is timely filed | Sunny Mullick |
| 10/12/22 | 0.9 | Review draft Motion to Tax Costs (.2); several e-mails with opposing counsel re: above (.2); review Motion to Tax Costs (.2); review FRAP 4 re: filing Notice of Appeal (.1); prepare Notice of Appeal (.2) | Sunny Mullick |
| 10/13/22 | 0.2 | Prepare Notice of filing re: Notice of Appeal (.2) | Sunny Mullick |
| 10/21/22 | 0.3 | Review correspondence from 11th Circuit Court of Appeals (.1); prepare CIP (.2) | Sunny Mullick |
| 10/25/22 | 1.2 | Study Motion to Tax Costs (.3); research case law re: Rule 59 motion tolls time to file motion to tax costs and for attorneys' fees (.5); prepare Response to Motion to Tax Costs (.4) | Sunny Mullick |
| 10/31/22 | 0.1 | Review correspondence from Court of Appeals re: deadlines stayed | Sunny Mullick |
| 12/21/22 | 0.2 | Prepare Notice of 90 Days Expiring | Sunny Mullick |
|  | 296.7 |  |  |
| 12/24/19 | 1.3 | Case review, including claims, defenses, previous cases involving Defendants, and damages. Accepted as client. | Robert Brock |
| 12/24/19 | 1.1 | Drafting and filing of Complaint for minimum and overtime wages. | Robert Brock |
| 1/27/20 | 1 | Drafting, mailing, and emailing demand pursuant to Fla. Stat. 448.110(6), for Celorrio. | Robert Brock |
| 1/27/20 | 1.3 | Review of Answer and Affirmative Defenses of Defendants, and beginning research on motion to strike Aff Defs. | Robert Brock |

| Date | Hours | Description | Attorney |
|---|---|---|---|
| 2/10/20 | 2.6 | Drafting and filing of First Amended Complaint, adding Mikael Morales as Plaintiff, and FMWA claims. | Robert Brock |
| 7/26/19 | 1.2 | Drafting and emailing of demand letter for Mikael Morales, pursuant to Fla. Stat. 448.110(6). Emailed to OC Adi Amit. | Robert Brock |
| | 9.5 | | |
| 1/11/21 | 4 | Attend the second part of the deposition of Plaintiff - Sunny attended the first half | Lowell Kuvin |
| 1/18/21 | 2.5 | Review records at OC office. | Lowell Kuvin |
| 2/17/21 | 0.5 | Phone conference with Sunny regarding the tip sheets, and strategy of proving who is in the tip pool and who is not. | Lowell Kuvin |
| 3/4/21 | 0.3 | Phone call with Sunny prior to the discovery hearing to discuss tip pool discovery and what we need; to narrow the scope of employee file request. | Lowell Kuvin |
| 3/4/21 | 1.3 | Discovery hearing on Defendants' objections. | Lowell Kuvin |
| 4/16/22 | 0.5 | Read through Motion to Strike and do further research; Judge Torres' opinions. | Lowell Kuvin |
| 8/29/22 | 1.12 | Draft jury selection questions prior to heading to court. | Lowell Kuvin |
| 8/29/22 | 0.6 | Before heading to court, continued editing the opening statement. | Lowell Kuvin |
| 8/29/22 | 3.5 | Jury voir dire and selection. | Lowell Kuvin |
| 8/29/22 | 1 | Meet with clients and discuss jury selection and first witness. | Lowell Kuvin |
| 8/29/22 | 4 | First witness and second witness. End of the trial first day. | Lowell Kuvin |
| 8/30/22 | 1.25 | Prior to heading to court, review questions for the redirect of Plaintiff Morales by reviewing my notes and documents that were used in the direct. Pull out additional relevant documents that the Defense counsel will use during cross (employee file etc.) and review them. | Lowell Kuvin |
| 9/6/22 | 1.25 | Review and make edits to the motion for reconsideration and judgment not withstanding the verdict on the willfulness issue. | Lowell Kuvin |
| 9/2/22 | 0.5 | Review verdict and discuss with Sunny. Clients are due damages per the FMWA. | Lowell Kuvin |
| 1/3/24 | 0.3 | Draft Notice of 90 Expiring. | Lowell Kuvin |
| 12/26/24 | 0.4 | Draft Motion to Amend Final Judgment and email it to OC for conferral. | Lowell Kuvin |
| 8/30/22 | 8 | 2nd Day of Trial. | Lowell Kuvin |
| 8/31/22 | 8 | Attend day three of the trial. | Lowell Kuvin |

| | | | |
|---|---|---|---|
| 8/31/22 | 1.75 | Prepare for day four of trial. Review transcipts of Fabrizio Buono and Kosmas Kalas for cross examination. Review other complaints to show restaurant has had the same issue/lawsuits filed in the past. Discuss case with clients regarding Kalas and their interactions with him at work. | Lowell Kuvin |
| 9/1/22 | 8 | Attend day four of the trial. | Lowell Kuvin |
| 9/2/22 | 8 | Attend day five of the trial. | Lowell Kuvin |
| 7/1/25 | 2.75 | Research and draft a motion to tax costs. Review invoices and separate out several that are not recoverable. Draft email of proposed motion and exhibits to Defendants. | Lowell Kuvin |
| 7/3/25 | 0.1 | Follow up email to Defendants regarding costs motion. | Lowell Kuvin |
| 7/7/25 | 0.1 | Email to Defendants regarding review of motion for costs. | Lowell Kuvin |
| 7/11/25 | 0.6 | Finalize Motion for Costs for filing. | Lowell Kuvin |
| 6/16/25 | 1.5 | Research and draft motion and proposed order to Alter Judgment to correct errors so it can be shared with defendants. | Lowell Kuvin |
| 6/17/25 | 0.1 | Draft email to Defendants and attached proposed motion to amend the judgment. | Lowell Kuvin |
| 6/18/25 | 0.2 | Finalize Proposed Order and Motion to Amend Judgment so it can be filed. | Lowell Kuvin |
| 12/8/21 | 2.76 | Prepare for deposition of Defendants by reviewing the pleadings and records associated with the Manager Activity Report, Time Records, and Pay Records. | Lowell Kuvin |
| 12/9/21 | 2.2 | Take deposition of Fabrizio Buno,  individual Defendant. | Lowell Kuvin |
| 12/10/21 | 5.5 | Take deposition of Kosmos Kalas individual and corporate rep. | Lowell Kuvin |
| 8/10/22 | 4.75 | Review Manger Activity Report and mark pages for cross examination of Corporate Rep and Manager. | Lowell Kuvin |
| 8/25/22 | 1.85 | Draft opening and collect exhibits. | Lowell Kuvin |
| 8/12/22 | 3.75 | Read through Kosmos' deposition and draft direct and cross-examination of the corporate representative. | Lowell Kuvin |
| 8/16/22 | 2.25 | Read the deposition of Fabio and draft questions for direct and cross regarding the manager's activity report and his involvement at the restaurant as an employer. | Lowell Kuvin |
| 8/26/22 | 1.25 | Meet with client and review their depositions and the questions I will be asking on direct (Cellario). | Lowell Kuvin |
| 8/26/22 | 2 | Meet with client Mikal and review his testimony and the questions I will be asking during his direct. Also spoke with him about the cross from the defense. Review records and took notes. | Lowell Kuvin |

| | | | |
|---|---|---|---|
| 8/22/22 | 4.25 | Reviewed notebooks/binders for trial and marked pages to correspond with time records and checkout reports. Took notes and subdivided records to use during the cross of the corporate rep and manager. | Lowell Kuvin |
| 9/1/22 | 1.5 | Worked on a closing outline for trial using all of the testimony and notes. | Lowell Kuvin |
| 8/10/22 | 3.24 | Read the depositions of the plaintiffs and drafted questions for direct. Highlighted certain pages to review with clients when they come in. | Lowell Kuvin |
| | 97.42 | | |
| | | | |
| Total Hours | 403.62 | | |