## WAGE & HOUR RETAINER AGREEMENT

I, __Maikel Morales__, ("Client") do hereby retain and employ The Law Office of Lowell J. Kuvin, LLC ("Attorneys"), as my attorneys to represent me in my overtime/minimum wage and other claims against _____ (the Defendant(s)) and/or any other person, entity or corporation liable or responsible for damages resulting from my employment with Defendant(s).

1. The undersigned Client has, before signing this contract, received and read the Statement of Client's Rights and understands each of the rights set forth therein. The undersigned client has signed the Statement and received a signed copy to refer to while being represented by the undersigned attorney(s).

2. In regard to attorney's fees, The Law Office of Lowell J. Kuvin, LLC has agreed to accept this case on a contingent basis so that if no recovery is made, there would be no attorney's fees due. I have been told that I will not have to pay The Law Office of Lowell J. Kuvin, LLC attorney's fees if I do not prevail, recover money, or settle the case.

3. I understand that if The Law Office of Lowell J. Kuvin, LLC files suit against Defendant(s), it will seek attorney's fees under State, Federal Statutes, or case law against Defendant(s). These fees and costs will be paid by the Defendant(s). I agree that the fees The Law Office of Lowell J. Kuvin, LLC will seek against the individuals and/or entities set forth above will be based upon an hourly rate using the Lodestar method of calculating court awarded attorney's fees in Florida. In the event a judgment is entered, or Order entered which provides for attorney's fees to be paid to Plaintiff or Plaintiff's counsel, or a Stipulation agreed to by and between the parties which provides for attorney's fees to be paid to Plaintiff or Plaintiff's counsel, The Law Office of Lowell J. Kuvin, LLC fees shall be the greater of (a) or (b):

   a. a reasonable attorney's fee as awarded by the Court pursuant to Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §201 et seq., or under the Florida or Federal Statute or case law, or

   b. Forty percent (40%) of the total amount recovered on my behalf (which is set off by any Attorney Fee/Costs awarded by the court).

4. Should a settlement offer be made, The Law Office of Lowell J. Kuvin, LLC will attempt to have the Defendant(s) add attorney's fees to the offer. If a separate fee is not contained in the offer and Defendant offers a lump sum for claims <u>which you decide to accept</u>, then the attorney's fee will be the greater of the amount calculated pursuant to Paragraph 3(b) above or $400.00 per hour. Under no circumstances will I have to pay any attorney's costs in excess of any settlement offer made.

5. The costs of investigation, expert witness fees, court costs and other costs my counsel incurs shall be paid or charged against any recovery. The costs that shall be charged against the recovery shall be in addition to the fees outlined above.

6. If the client chooses to discharge the Law Office of Lowell J. Kuvin, LLC, settles any portion of the claim while represented by the Law Office of Lowell J. Kuvin, LLC, or in the event that the Law Office of Lowell J. Kuvin, LLC chooses to withdraw due to Client's breach of this agreement, the Law Office of Lowell J. Kuvin, LLC will retain a charging lien against any and all recovery for the agreed-upon fee, including all time and costs expended.

7. Should any action be necessary to enforce the terms of this Agreement, the prevailing party in such action shall be entitled to all costs, fees (including attorneys' fees) and other associated costs incurred in enforcing this Agreement. This includes attorneys' fees whether incurred pretrial, during trial or at any appellate level. In the event of any dispute as between the parties to this agreement, the venue and jurisdiction for all such disputes shall be in the Miami-Dade Courts. The client stipulates that the reasonable fee for the services rendered by the attorneys of this firm is $400.00 per hour for his/her case.

8. Right to Cancel: This contract may be canceled by written notification to the attorney(s) at any time **within three (3) business days** of the date the contract was signed, as shown below, and if canceled, the client shall not be obligated to pay any fees to the attorney(s) for the work performed during that time. If the attorney(s) have advanced funds to others in representation of the client, the attorney(s) are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

9. I hereby appoint the Law Office of Lowell J. Kuvin, LLC as my agent, giving onto it the power to endorse on my behalf, for placement into its Trust Account, any and all checks and/or drafts. I further agree that should any recovery be made that you may request that all payments be made naming the Law Office of Lowell J. Kuvin, LLC as sole/joint payee.

10. This Agreement may be executed in counterparts and facsimile copy of a signature may serve as an original for all purposes. The above employment is hereby accepted under the terms stated therein. I have read and understand each of the aforementioned items.

11. I agree to fully cooperate with my lawyers and assist them in pursuing my claims against any defendant. Such cooperation shall include:
    a. Providing all relevant documents and materials to my lawyers, and not destroying or discarding any items relevant to the claims in your case.
    b. Responding within a reasonable amount of time to phone calls, written correspondence and email messages/alerts.
    c. Attending required meetings, depositions, and trial.
    d. Keeping my lawyers informed as to any changes in my contact information such as my home address, phone number, and email address.
    e. To keep all conversations and paperwork associated with my case confidential unless I receive express written permission from my lawyer to the contrary.

12. I also understand that if I do not fully cooperate with my lawyers, that there may be certain consequences such as my lawyer(s) withdrawing from my case or being that I may be dismissed from the case by the court.

13. <u>No guarantees have been made about my claim or the ability to succeed.</u>

The above employment is hereby accepted upon the terms stated therein.

X_____          _____
Client                              Attorney

7 /10 /2019                         ___/___/2019

v.2018.1

3

# WAGE & HOUR RETAINER AGREEMENT

I, **LEONARDO CELORRIO** ("Client") do hereby retain and employ The Law Office of Lowell J. Kuvin, LLC ("Attorneys"), as my attorneys to represent me in my overtime/minimum wage and other claims against **Urco & Co** (the Defendant(s)) and/or any other person, entity or corporation liable or responsible for damages resulting from my employment with Defendant(s).

1. The undersigned Client has, before signing this contract, received and read the Statement of Client's Rights and understands each of the rights set forth therein. The undersigned client has signed the Statement and received a signed copy to refer to while being represented by the undersigned attorney(s).

2. In regard to attorney's fees, The Law Office of Lowell J. Kuvin, LLC has agreed to accept this case on a contingent basis so that if no recovery is made, there would be no attorney's fees due. I have been told that I will not have to pay The Law Office of Lowell J. Kuvin, LLC attorney's fees if I do not prevail, recover money, or settle the case.

3. I understand that if The Law Office of Lowell J. Kuvin, LLC files suit against Defendant(s), it will seek attorney's fees under State, Federal Statutes, or case law against Defendant(s). These fees and costs will be paid by the Defendant(s). I agree that the fees The Law Office of Lowell J. Kuvin, LLC will seek against the individuals and/or entities set forth above will be based upon an hourly rate using the Lodestar method of calculating court awarded attorney's fees in Florida. In the event a judgment is entered, or Order entered which provides for attorney's fees to be paid to Plaintiff or Plaintiff's counsel, or a Stipulation agreed to by and between the parties which provides for attorney's fees to be paid to Plaintiff or Plaintiff's counsel, The Law Office of Lowell J. Kuvin, LLC fees shall be the greater of (a) or (b):
   a. a reasonable attorney's fee as awarded by the Court pursuant to Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §201 et seq., or under the Florida or Federal Statute or case law, or
   b. Forty percent (40%) of the total amount recovered on my behalf (which is set off by any Attorney Fee/Costs awarded by the court).

1

v.2018.1

4. Should a settlement offer be made, The Law Office of Lowell J. Kuvin, LLC will attempt to have the Defendant(s) add attorney's fees to the offer. If a separate fee is not contained in the offer and Defendant offers a lump sum for claims <u>which you decide to accept</u>, then the attorney's fee will be the greater of the amount calculated pursuant to Paragraph 3(b) above or $400.00 per hour. Under no circumstances will I have to pay any attorney's costs in excess of any settlement offer made.

5. The costs of investigation, expert witness fees, court costs and other costs my counsel incurs shall be paid or charged against any recovery. The costs that shall be charged against the recovery shall be in addition to the fees outlined above.

6. If the client chooses to discharge the Law Office of Lowell J. Kuvin, LLC, settles any portion of the claim while represented by the Law Office of Lowell J. Kuvin, LLC, or in the event that the Law Office of Lowell J. Kuvin, LLC chooses to withdraw due to Client's breach of this agreement, the Law Office of Lowell J. Kuvin, LLC will retain a charging lien against any and all recovery for the agreed-upon fee, including all time and costs expended.

7. Should any action be necessary to enforce the terms of this Agreement, the prevailing party in such action shall be entitled to all costs, fees (including attorneys' fees) and other associated costs incurred in enforcing this Agreement. This includes attorneys' fees whether incurred pretrial, during trial or at any appellate level. In the event of any dispute as between the parties to this agreement, the venue and jurisdiction for all such disputes shall be in the Miami-Dade Courts. The client stipulates that the reasonable fee for the services rendered by the attorneys of this firm is $400.00 per hour for his/her case.

8. Right to Cancel: This contract may be canceled by written notification to the attorney(s) at any time **within three (3) business days** of the date the contract was signed, as shown below, and if canceled, the client shall not be obligated to pay any fees to the attorney(s) for the work performed during that time. If the attorney(s) have advanced funds to others in representation of the client, the attorney(s) are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

9. I hereby appoint the Law Office of Lowell J. Kuvin, LLC as my agent, giving onto it the power to endorse on my behalf, for placement into its Trust Account, any and all checks and/or drafts. I further agree that should any recovery be made that you may request that all payments be made naming the Law Office of Lowell J. Kuvin, LLC as sole/joint payee.

v.2018.1

10. This Agreement may be executed in counterparts and facsimile copy of a signature may serve as an original for all purposes. The above employment is hereby accepted under the terms stated therein. I have read and understand each of the aforementioned items.
11. I agree to fully cooperate with my lawyers and assist them in pursuing my claims against any defendant. Such cooperation shall include:
    a. Providing all relevant documents and materials to my lawyers, and not destroying or discarding any items relevant to the claims in your case.
    b. Responding within a reasonable amount of time to phone calls, written correspondence and email messages/alerts.
    c. Attending required meetings, depositions, and trial.
    d. Keeping my lawyers informed as to any changes in my contact information such as my home address, phone number, and email address.
    e. To keep all conversations and paperwork associated with my case confidential unless I receive express written permission from my lawyer to the contrary.
12. I also understand that if I do not fully cooperate with my lawyers, that there may be certain consequences such as my lawyer(s) withdrawing from my case or being that I may be dismissed from the case by the court.
13. No guarantees have been made about my claim or the ability to succeed.

The above employment is hereby accepted upon the terms stated therein.

_____   _____
Client                                                                    Attorney

12/24/2019                                                        12/24/2019