UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No. 19-cv-25283-TORRES (Consent)

LEONARDO CELORRIO and MIKAEL MORALES,

    Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC., a Florida for-profit corporation, FABRIZIO BUONO, an individual, and KOSMAS KALAS, an individual,

    Defendants.
_____/

**DECLARATION OF ROBERT W. BROCK II, ESQ. IN SUPPORT OF**
**VERIFIED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

I, Robert W. Brock II, declare under penalty of perjury, based upon personal knowledge and if sworn as a witness, could testify competently to the facts contained in this Declaration:

    1.    I am over the age of 18.

    2.    I have been admitted to practice in Florida since 2010.

    3.    I am admitted to practice before the Southern District of Florida.

    4.    During the time period reflected on the billing records, I was associated with the Law Office of Lowell Kuvin.

    5.    My practice is focused on civil litigation, state and federal, and at the time period reflected on the billing records I practiced almost exclusively in employment law, representing employees in wage and hour cases.

6. I have reviewed the billing records reflecting my time spent representing the Plaintiffs and believe they are accurate. All time billed was reasonably and necessarily incurred in pursuit of this case.

7. I am requesting that the Court award me a billable rate of $400.00 per hour in this matter. At the time of this litigation, this rate was a reasonable rate for attorneys with similar educational background and experience in the Southern District of Florida for representation in FLSA and FMWA class and collective action litigation, and I was awarded this rate regularly in this jurisdiction during the relevant time period.

8. Based on a $400.00 hourly rate, my fees to date are $3,800.00 for 9.5 hours

FURTHER DECLARANT SAYETH NAUGHT.

Robert W. Brock II, Esq.
Date: 8/02/25