UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No. 19-cv-25283-TORRES (Consent)

LEONARDO CELORRIO and MIKAEL MORALES,

    Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC., a Florida for-profit corporation, FABRIZIO BUONO, an individual, and KOSMAS KALAS, an individual,

    Defendants.
_____/

## DECLARATION OF LOWELL J. KUVIN, ESQ. IN SUPPORT OF VERIFIED MOTION FOR APPROVAL OF ATTORNEY'S FEES

I, Lowell J. Kuvin, declare under penalty of perjury, based upon personal knowledge and if sworn as a witness, could testify competently to the facts contained in this Declaration:

1. I am over the age of 18. I am the owner of the Law Office of Lowell J. Kuvin, LLC in Miami, Florida.

2. I have been admitted to the practice of law since 2008 and for the last seventeen (17) years, I have practiced almost exclusively in the area of labor and employment law matters representing both plaintiffs and defendants.

3. In my career, a majority of my practice has been in federal and state court, both at the district, circuit court, and appellate levels. In this regard, I have worked as trial counsel, co-counsel or appellate counsel in numerous matters including class and collective actions.

1

4. Over the last seventeen (17) years, I have handled more than a hundred cases for plaintiff-employees or defendant-employers arising under local, state and federal labor laws.

5. Being the managing partner at the Law Office of Lowell J. Kuvin, LLC, I have also supervised and participated in the litigation by other firm attorneys of numerous plaintiffs' wage and hour cases.

6. In July of 2015 based upon arguments made in appeal brief I was able to secure a landmark Equal Employment Opportunity Commission decision which held that sexual orientation was the equivalent of sex discrimination and covered by Title VII.[1] See No. 0120133080, 2015 WL 4397641 (E.E.O.C. July 15, 2015). The EEOC Decision was later incorporated into the

7. I am admitted to practice before the Eleventh Circuit Court of Appeals, and the Northern, Middle, and Southern District Courts of Florida.

8. I am AV Rated Preeminent by Martindale-Hubbell with 18 "5.0" peer reviews.

9. The number of hours billed by myself in this case was reasonable in the prosecution of this matter given the complexity of the issues, the amount of discovery/documents that needed to be reviewed, as well as my presence at trial.

10. On several occasions during deposition breaks I discussed a possible settlement of the claims of both Plaintiffs with Defendants' counsel. I was informed by Ms. Alexandra Scala that she was not authorized to accept or make any offers. Ms. Scala told me that Mr. Amit was the only person authorized to discuss settlement numbers and that he would contact me. However, Mr. Amit never contacted me to discuss settlement.

---

[1] See https://harvardlawreview.org/print/vol-129/complainant-v-foxx/

11. I am requesting that the Court award myself a billable rate of $450.00 per hour in this matter. I have been awarded a $400.00/hr. rate in this jurisdiction in the past (2019), and believe $450.00 to be a reasonable rate in 2025 for an attorney of my experience in this field.

12. I have been awarded $600.00/hr. by several state court judges for my testimony as an expert fee witness in employment law.

13. I prepared and maintained the attached Billing Journal for all time I spent on the instant matter. All time billed was reasonably and necessarily incurred in pursuit of this case.

14. Based on a $450.00 hourly rate, my fees to date are $45,864.00 for 101.92 hours.

FURTHER DECLARANT SAYETH NAUGHT.

Lowell J. Kuvin, Esq.
Date: August 7, 2025.