UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No. 19-cv-25283-TORRES (Consent)

LEONARDO CELORRIO and MIKAEL
MORALES,

    Plaintiffs,

vs.

FACCI OF MERRICK PARK, INC., a Florida
for-profit corporation, FABRIZIO BUONO, an
individual, and KOSMAS KALAS, an
individual,

    Defendants.
_____/

**DECLARATION OF SUNDEEP K. MULLICK, ESQ. IN SUPPORT OF**
**<u>VERIFIED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS</u>**

    I, Sundeep K. Mullick, Esq., declare under penalty of perjury, based upon personal knowledge and if sworn as a witness, could testify competently to the facts contained in this Declaration:

    1.    I am over the age of 18. I was associated with the Law Office of Lowell J. Kuvin, LLC in Miami, Florida, from 2014 through 2023.

    2.    I have been admitted to the practice of law for over twenty seven (27) years, and have been admitted in Florida since 2005. My current billing rate for new clients is $595.00 per hour.

    3.    Throughout my career, I have focused my practice on civil litigation. The majority of my practice has been in federal and state court, both at the district and circuit court levels.

1

4. From 2014 through 2023, I practiced almost exclusively in the area of labor and employment law matters representing both plaintiffs and defendants in wage and hour cases mainly before the Southern District of Florida and the Eleventh Circuit Court of Appeals.

5. I am admitted to practice before the United States Supreme Court and the Southern, Middle and Northern District Courts of Florida.

6. The number of hours billed by me in this case were reasonable in the prosecution of this matter given the subject matter, the complexity of the issues, and the sheer amount of discovery that was required in order to present this case to the jury to obtain a favorable verdict.

7. Throughout the course of the litigation, I was forced to expend no less than 30 hours drafting, preparing and attending discovery hearing(s). The plethora of discovery that was obtained was essential to presenting Plaintiffs' case to the jury.

8. I am requesting that the Court award me a billable rate of $400.00 per hour in this matter. This rate is a reasonable rate for attorneys with similar educational backgrounds and experience in the Southern District of Florida for representation in FLSA and FMWA class and collective action litigation.

9. Throughout the litigation, I was instructed by Lowell Kuvin, Esq. numerous times to attempt to settle the case. In reviewing my time records, on no less than ten (10) occasions, I initiated and discussed settlement with opposing counsel.[1] These discussions were with Alexandra Scala, Esq. who was Defendants' lead attorney on this case until shortly before trial.

10. I prepared and maintained the attached Billing Journal for all time I spent on the instant matter. All time billed was reasonable and necessarily incurred in pursuit of this case.

---

[1] Dates: April 15, 2020, May 13, 2020, June 12, 2020, June 18, 2020, December 11, 2020, January 5, 2021, March 24, 2021, January 11, 2022, March 11, 2022, March 15, 2022, April 27, 2022.

11. To date, I have provided legal services and expended time in this case as reflected on the attached Billing Journal.

12. Based on a $400.00 hourly rate, my fees to date are $118,680.00 for 296.7 hours.

FURTHER DECLARANT SAYETH NAUGHT.

Sundeep Mullick, Esq.
Dated: August 7, 2025